**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FILED

JUL 24 2026

CLERK U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Jamie Osuna BD0868
CSP-COR PO Box 8800
Corcoran, CA 93212,

        Plaintiff,

   v.

HECTOR FERREL, CHRISTINA
FERREL, et al,

        Defendants.

No. 1:26-cv-04240-JLT-EPG (PC)

**PLAINTIFF'S NOTICE OF FILING EXHIBITS A–L**

    Plaintiff submits the attached Exhibits A–L as documentary source materials related to the allegations, timing, ongoing-risk, and preservation issues described in the Complaint. The exhibits do not amend the Complaint, add claims or parties, or request separate relief. Plaintiff submits them for inclusion in the record and for such consideration during screening and otherwise as the Court deems appropriate.

July 22, 2026

*[signature]*

p.p. Jamie Osuna

1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Jamie Osuna BD0868
CSP-COR PO Box 8800
Corcoran, CA 93212,

       Plaintiff,

  v.

HECTOR FERREL, CHRISTINA
FERREL, et al,

      Defendants.

No.  1:26-cv-04240-JLT-EPG (PC)

**EXHIBITS A-L**
**TABLE OF CONTENTS**

## EXHIBITS A-L - TABLE OF CONTENTS

| Exhibit | Description | Exhibit Page(s) |
|---|---|---|
| A | Selected Source Quote Index | 1-8 |
| B | Selected Pattern Chronology | 9-12 |
| C | Selected Early-Release Chronology | 13-14 |
| D | Representative Plaintiff-Specific Promotional and Spectacle Posts | 15-16 |
| E | Co-Defendant / Anti-Cooperation Post | 17 |
| F | Corcoran ISU / "Nuked Your Own Case" Post | 18 |
| G | Legal Process / Warrants / Subpoenas | 19-20 |
| H | Representative Investigator / Staff Targeting and Personal-Information Posts | 21 |
| I | Legal-Mail Control-Booth Comment | 22 |
| J | Returned / Opened Legal Mail and Mail Accountability Log | 23 |
| K | Representative Official-Access Materials and State-Footage Posts | 24 |
| L | Selected Chronology of Legal Process, Divorce/Separation Statements, Financial Statements, and Family/Child Public-Post Context | 25-29 |

*Note: This table of contents is not included in the exhibits' internal page numbering. The page references above correspond to the page numbers printed in the exhibit packet.*
Each exhibit contains its own limited-purpose statement where applicable.

## EXHIBIT A - SELECTED SOURCE QUOTE INDEX
Case No. 1:26-cv-04240-JLT-EPG (PC)

| A Row | Compl. ¶ | Source Quote(s) |
|---|---|---|
| A-034 | 34 | **URL:** https://www.youtube.com/watch?v=EqSLQOcUrSQ<br>**TS:** 7:52<br>**Quote:** "I was at Donovan. What I used to do, believe it or not, um, I used to look into all the heavy hitters that were in Pelican Bay and in the SHU Corcoran …I went through every single heavy hitter C file and read all their confidentials and read everything about every one of them. Why? Because I wanted to study my enemy, okay? Then I went, it's kind of like reconnaissance, then I went to CSP-SAC PSU. I never worked in a PSU." |
| A-035 | 35 | **URL:** https://www.youtube.com/watch?v=Rf1yayBYI50<br>**TS:** 1:59<br>**Quote:** "I observed, as being a Watch Commander, pretty much in charge of the prison, during, uh off-duty hours, and the public information officer…you're pretty much the right-hand man for the warden both--both have, uh, connections with Office of Internal Affairs, Office of Inspector Generals, and headquarters Sacramento, Administrator of the Day." |
| A-035 | 35 | **URL:** https://www.youtube.com/watch?v=9XZpNQR4ZfI<br>**TS:** 21:57<br>**Quote:** "But as a result of being in those positions, man, I got exposed to the administration, you know what I mean? I was sitting behind a lot of closed-door meetings with the higher ups." |
| A-036 | 36 | **URL:** https://www.youtube.com/watch?v=U2lYiOsNm78<br>**TS:** 13:46<br>**Quote:** "HIPAA is when your medical files are supposed to be, like, confidential to the fucking world." |
| A-037 | 37 | **URL:** https://www.youtube.com/watch?v=_mqKv797eow<br>**TS:** 15:55<br>**Quote:** "Look at this fucking bullshit. California Code of Regulations Title 15 Section 3391 Employee Conduct which states: employees shall be alert courteous and professional in their dealings with fellow employees irresponsible or unethical conduct reflecting discredit on themselves or the department either on or off duty shall be avoided by all employees." |
| A-037 | 37 | **URL:** https://www.youtube.com/watch?v=Rf1yayBYI50<br>**TS:** 7:22<br>**Quote:** "DOM states that the department shall look after the safety of each persons...that's incarcerated, period." |
| A-037 | 37 | **URL:** https://www.youtube.com/watch?v=Y7wtEkCuSEE<br>**TS:** 10:40<br>**Quote:** "The California Department of Corrections and Rehabilitation, as an organization, and...every employee has an obligation per DOM to protect the lives of inmates. Preservation of life. Preservation of life. Preservation of life." |
| A-037 | 37 | **URL:** https://www.youtube.com/watch?v=7cwbSL3nPMw<br>**TS:** 7:22<br>**Quote:** "You're going to have a fucking set of policies, procedures, man. Title 15, DOM, the law, penal code …You have a set of rules to--you have a set of black and white rules you have to abide by." |
| A-038 | 38 | San Diego Superior Court, case no. 25CU063460C, *Ferrel vs California Department of Corrections and Rehabilitation*, filed 11/25/2025 |
| A-039 | 39 | **URL:** https://www.instagram.com/hector__bravo/reel/DIzGDhpzZhn/<br>**Quote:** "I planned this shit like a year out. I planned this whole exit strategy." |

| A Row | Compl. ¶ | Source Quote(s) |
|-------|----------|-----------------|
| A-039 | 39 | **URL:** https://www.youtube.com/watch?v=BTPR5q0rtN8<br>**TS:** 1:24:58<br>**Quote:** "I pre-planned this. I know we were talking about why did I go by Bravo--that's my middle name...I'm not impulsive right? I--I strategically planned my exit, you know? I opened up an LLC." |
| A-039 | 39 | **URL:** https://www.youtube.com/watch?v=wSg-jF8ftAY<br>**TS:** 0:31<br>**Quote:** "For the millionth time, your boy Hector Bravo is over here playing chess. Calculated chess. All right. On the Instagram, and on the YouTube, against a beast, the California Department of Corruption and Retaliation." |
| A-039 | 39 | **URL:** https://www.youtube.com/watch?v=sy56x2O06B0<br>**TS:** 17:45<br>**Quote:** "I saw who was running my department, the department--buffoons, man. You guys know this. If I was running circles around them in there, I definitely run circles around them out here because there's no chains. There's no restrictions. You can't enforce policy and procedure on me out here." |
| A-040 | 40 | **URL:** https://www.instagram.com/p/DM9b5c4OObb/<br>**Quote:** "For some reason CDCR thinks they're special and they don't have to release body worn camera footage, like every other LE agency in the USA." |
| A-041 | 41 | **URL:** https://www.youtube.com/watch?v=2WIGv85nbrk<br>**TS:** 00:01:34<br>**Quote:** "I'm going to say it, make it official. I never did consider myself a whistleblower, but in order to protect myself from retaliation through the whistleblower act, oh yeah, I'm a whistleblower, man." |
| A-041 | 41 | **URL:** https://www.youtube.com/watch?v=BTPR5q0rtN8<br>**TS:** 1:26:17<br>**Quote:** "It's like, hey you left me no choice but to be quote unquote whistleblower, which is also a whistleblower act that protects people. So, I'm kind of running with that, too, like, hey ma--I'm a journalist, I'm a whistleblower, I'm a civilian." |
| A-041 | 41 | **URL:** https://www.youtube.com/watch?v=nXFQFVmGs5c<br>**TS:** 2:07<br>**Quote:** "I don't know if you want to call it like whistle blowing, but I pretty much just bounced, bro." |
| A-043 | 43 | See Exhibit K. |
| A-044 | 44 | **URL:** https://www.youtube.com/watch?v=dU6swtfqNNY<br>**TS:** 17:35<br>**Quote:** "'Hey Hector, like I noticed you're selling these videos. Is, is there a reason why you're charging for them?' Well, yeah, dude. If I were to post them, like, on Instagram or on YouTube, that'll shit will get flagged and shut down. Number two, the fact that my Patreon got shut down and YouTube has been fucking invaded by evasive, illegal search warrants--I, Hector Bravo, had to pay money out of his own fucking pocket--that I don't have--to create a fucking website to expose the fucking truth to help you motherfuckers out. You fucking assholes." |
| A-044 | 44 | **URL:** https://www.youtube.com/watch?v=5UsI-QWaAsM<br>**TS:** 33:21<br>**Quote:** "Hey! Some of you motherfuckers unsubscribed for the Patreon. Today, in the evening, what I'm going to post is the video of the Mule Creek Correctional Officer getting stabbed in the fucking throat. Yeah, I have it. Yeah, I have it. I, motherfucker, I--I have access to everything, motherfuckers. God sent me." |

| A Row | Compl. ¶ | Source Quote(s) |
|---|---|---|
| A-044 | 44 | URL: https://www.youtube.com/watch?v=MBDAwsF_Q_c<br>TS: 4:16<br>Quote: "You had the fucking officer get his fucking throat slash--go to the Patreon. You'll see it--the video and the picture." |
| A-044 | 44 | URL: https://www.youtube.com/watch?v=vofWkW8EWLU<br>TS: 12:59<br>Quote: "If you have not already signed up for that Patreon, I uploaded a brand new video today and I put my watermark all over it because these motherfuckers be thieving my good-ass content. Make sure you hit that link in the description below--you're definitely missing out." |
| A-045 | 45 | URL: https://www.youtube.com/watch?v=5glKPSfYjRA<br>TS: 1:01:03<br>Quote: "Everything is under my LLC... YouTube channels are under the umbrella of the LLC....my book is under that LLC...you can do a thing called DBA 'doing business as,' so you can have your main LLC, which mine is Torment Tactical, and every other thing underneath it." |
| A-045 | 45 | URL: https://www.youtube.com/watch?v=KN6qyD9NlrM<br>TS: 1:29:35<br>Quote: "I planned out one year prior, started an LLC, my own company, did all my research, started a brand, started an Instagram page, which is my current one under my middle name Bravo. ...The reason I did that is to keep myself under the radar cuz I was still employed...I did a YouTube channel under an alias, the current one...how much I was able to do this for four months." |
| A-046 | 46 | URL: https://www.youtube.com/watch?v=s58iEYNPLAA<br>TS: 00:27:26<br>Quote: "I have people, my little birdies inside the prison system." |
| A-046 | 46 | URL: https://www.youtube.com/watch?v=m4EyAf5vPXA<br>TS: 05:33<br>Quote: "Now, do I have sources everywhere? Everywhere." |
| A-046 | 46 | URL: https://www.youtube.com/watch?v=SgZkq9eJt6I<br>TS: 37:03<br>Quote: "You actually have some good fucking people. One, you have, like, one good person in every fucking upper echelon rank. Solid motherfuckers, too. Cuz I know who they are. They know who I am. But I protect them, right? Because I protect people." |
| A-047 | 47 | URL: https://www.youtube.com/watch?v=fVzU5GAnbF8&t=317s<br>TS: 05:17<br>Quote: "You don't think I fucking talk to OIA agents--senior fucking special agents, you idiots? You don't think I talk to people in headquarters? Who the fuck do you think is giving me the information, you, you fucking idiots?" |
| A-048 | 48 | URL: https://www.instagram.com/p/C56cUtsP2gL<br>Quote: "Hey, someone forward this to CDCR headquarters, Sacramento. I know I got some moles in here. Moles, hey, stop trying to figure out who's giving me information. Okay, look to your left, look to your right. Some of them are giving me information, right? Some of them closest to you. Not everybody's a fucking bitch, lame, and coward. ...And for those that may or may not be giving me information, protect yourself. Protect yourselves at all costs. You have two options. One, you guys can flood me with more information so we overwhelm these motherfuckers. Or two, you pull back and protect yourselves." |
| A-049 | 49 | URL: https://www.youtube.com/watch?v=x7Pp8qYAKuA<br>TS: 00:25:06<br>Quote: "...sent me all the RVRs, the rule violation reports, all the confidential information, the 7219 of some victims and the incident reports." |

| A Row | Compl. ¶ | Source Quote(s) |
|---|---|---|
| A-050 | 50 | URL: https://www.youtube.com/watch?v=ZBOhMFS5XdQ<br>TS: 0:30<br>Quote: "I'm going to make it as clear as possible. If you want to fix a department, okay, what you guys need to do is send me the incident packet." |
| A-050 | 50 | URL: https://www.youtube.com/watch?v=NCcwBnCovak&t=88s<br>TS: 00:01:28<br>Quote: "And again if you guys keep--continue to send me the, uh, 837, I can do you guys justice." |
| A-051 | 51 | URL: https://www.youtube.com/watch?v=Gne3klRm_4A<br>TS: 30:41<br>Quote: "And I've told people on here before, I will never get anybody in trouble...I never reveal my sources, right? I will never do that shit." |
| A-051 | 51 | URL: https://www.youtube.com/watch?v=m4EyAf5vPXA<br>TS: 5:59<br>Quote: "I never anticipated that CDCR was going to come after their current employees, right? Had I known that from the start, this is looking back in hindsight, um, I would have done some changes on my part. Again, I've always done everything in my power to protect the people, my troops, the troops." |
| A-051 | 51 | URL: https://www.youtube.com/watch?v=VF1TnEgdSDs<br>TS: 2:27<br>Quote: "...My advice to you would be, create an alias. Don't let me know nothing. I'm good, bro. I got to protect those people...I don't throw them under the bus." |
| A-051 | 51 | URL: https://www.youtube.com/watch?v=qKgMbI9jebg<br>TS: 15:33<br>Quote: "Please let me tell you guys something, man. Lately, you guys have been talking to me and say, 'hey man keep me anonymous.' You guys understand how--you guys understand I will fucking die before I ever open my mouth, right, on any of you guys. ...I will never, never put any of you guys in a bad fucking place or a bad spot...I always think five steps ahead of the game--can this come back to the individual that I'm talking to ...I'm protecting you guys without even knowing that you're protected." |
| A-051 | 51 | URL: https://www.youtube.com/watch?v=OHrzczbNFZA<br>TS: 43:01<br>Quote: "I don't like to expose my sources but they've reach out to me through various ways. Through telephone, through email, through certain apps, word of mouth, uh, verbal communications." |
| A-052 | 52 | URL: https://www.youtube.com/watch?v=M-6l8o5nLoA<br>TS: 8:53<br>Quote: "When you get that email, a Proton email, you're going to email this email, torment tactical at protonmail.com. ...The California Department of Corrections and Rehabilitation would actually have to break international laws, which I'm sure they're capable of, in order to attempt to discover who the fuck is leaking information." |
| A-052 | 52 | URL: https://www.youtube.com/watch?v=ipDEcYqvjMY<br>TS: 18:22<br>Quote: "Don't you ever give CDCR your fucking personal cell phone information. Don't you ever fucking do that...My other advice... is go buy a burner phone... and give that information to the prison." |
| A-052 | 52 | URL: https://www.youtube.com/watch?v=lXxPiEkGcZ0<br>TS: 6:32<br>Quote: "Do not register your personal cell phone with the, with the ISU to use in your institution. Instead, go buy a burner cell phone." |

| A Row | Compl. ¶ | Source Quote(s) |
|---|---|---|
| A-052 | 52 | URL: https://www.youtube.com/watch?v=wJToZpJoJfs<br>TS: 7:10<br>Quote: "We got each other on...one of the apps that's encrypted so the fucking alphabet boys can't be paying attention to us." |
| A-053 | 53 | URL: https://www.youtube.com/watch?v=kqBK1U5TMp8&t=469s<br>TS: 00:08:10<br>Quote "That's true--people are getting in trouble for talking to me." |
| A-054 | 54 | URL: https://www.instagram.com/p/DX-_P9UxtCh/<br><br>URL: https://www.youtube.com/watch?v=TF4onhD5yrw<br>TS: 5:25<br>Quote: "...there is no way you could ever silence me at all....There is nothing you have done or can do moving this past this date, August 20, 2025. There's no action that you can take that could stop what I have created. I'll let you sit and think about what I just said. There is not a fucking thing you can do to stop what has already fucking began." |
| A-054 | 54 | URL: https://www.youtube.com/watch?v=i3Ztx9I12Ww<br>TS: 7:38<br>Quote: "They made watermarks on the videos at work.... CDCR has made some major attempts to silence me in one way or another. By giving fucking training on 'do not interact with Hector Bravo,' ...to tell the officers not to talk to me. Then I was putting some good juicy footage on the Patreon of ...AVSS body worn camera. Little assholes body watermarked everything. It's not going to stop me. Nothing Stops me. You can't stop me, man, I got a criminal mind. There's always a way around something." |
| A-061 | 61 | See Exhibit G. |
| A-062 | 62 | See Exhibit D. |
| A-065 | 65 | URL: https://www.youtube.com/watch?v=kqBK1U5TMp8<br>TS: 00:25:45 |
| A-065 | 65 | URL: https://www.youtube.com/watch?v=ZfsP0f5sC3E<br>TS: 26:03 |
| A-065 | 65 | URL: https://www.youtube.com/watch?v=OHrzczbNFZA<br>TS: 32:24 |
| A-066 | 66 | Date: September 2, 2024<br>URL: https://www.youtube.com/watch?v=kqBK1U5TMp8<br>TS: 00:25:45 |
| A-067 | 67 | See Exhibit D.<br><br>URL: https://www.youtube.com/watch?v=OHrzczbNFZA |
| A-068 | 68 | URL: https://www.youtube.com/watch?v=uS0TiqlehIA<br>TS: 49:20<br>Quote: "'Hey Hector, I think it's hilarious that Jamie Osuna keeps 602ing you.' ...Did he 602 me again? ...I keep telling that little guy, man, no disrespect, Jamie, I'm your friend, bro...I'm your friend even though you go convicted...and I did see [19CM-1882] pictures. ...So, a couple months ago, somebody's like, 'Hey, dude, Osuna 602ed you.' ...He said in the 602 that because I mentioned his name on this YouTube shit, that the officers are now retaliating against him." |
| A-068 | 68 | URL: https://www.youtube.com/watch?v=vXIDFeNfjsk<br>TS: 1:38:42<br>Quote: "I don't even want to speak on Jamie Osuna cuz that guy filed a 602 on me fucking last month. I'm not even an employee of the, the state--motherfucker is filing 602s on me." |

| A Row | Compl. ¶ | Source Quote(s) |
|---|---|---|
| A-068 | 68 | URL: https://www.youtube.com/watch?v=CGsoLRpmPUg<br>TS: 12:53<br>Quote: "I don't want to even speak on Jamie Osuna, man. That guy tried to 602 me. I'm a fucking civilian, bro." |
| A-069 | 69 | See Exhibit D |
| A-071 | 71 | URL: https://www.youtube.com/watch?v=oJzuNn8fYKg<br>TS: 53:18 |
| A-072 | 72 | URL: https://www.youtube.com/watch?v=eLBYCP3FZu4<br>TS: 1:06 |
| A-073 | 73 | URL: https://www.youtube.com/watch?v=Qv--Rab8-mo |
| A-075 | 75 | URL: https://www.youtube.com/watch?v=TF4onhD5yrw&t=942s<br>TS: 13:37<br>Quote: "Shout out to the District Attorney at Kings County, man. Thank you for doing the right thing." |
| A-076 | 76 | URL: https://www.youtube.com/watch?v=pjl4Nu1t8Ks<br>TS: 1:57 |
| A-079 | 79 | URL: https://www.instagram.com/stories/hectorbravohq/3835695351832083159 ; reposted:<br>URL: https://www.instagram.com/p/DU7HH5IEbRY/<br>Quote: "My ex-wife says, 'Hey, you got a letter in the car. It's not good.' I'm like, 'What is it?' Go get it. She brings it. Fucking Jamie Osuna, that little fuck...to defendant Hector Ferrel...motherfucker filed a lawsuit against me. Man, this is what pisses me off about you fucking current correctional officers. You're fucking afraid to do your job...This fucking piece of shit..." |
| A-080 | 80 | URL: https://www.youtube.com/watch?v=d6Gc4iZKmFI<br>TS: 5:47<br>Quote: "Everybody keeps asking me what Jamie Osuna is suing me for. ... If I'm an inmate in the California Department of Corrections, I can sue anybody for anything...I can say I got a broken cookie. The inmate, the officer broke my cookie on purpose and I want $10 million. The state's going to pay him. The state's going to pay him. Jamie Osuna is ...suing me because I made a video on YouTube talking about how a homicide like that could occur within a prison setting. Totally within my realm, totally within my expertise, based on facts. So, the dude's tripping. The little fuck is tripping. Straight up." |
| A-081 | 81 | See Exhibit D |
| A-082 | 82 | See Exhibit E |
| A-083 | 83 | See Exhibit I |
| A-084 | 84 | See Exhibit J |
| A-087 | 87 | URL: https://www.instagram.com/stories/hectorbravohq/3882575212025317745/<br>Quote: "Let me tell you what the best thing about being a correctional lieutenant for the CDCR is: I know all about due process, I know all about litigation, I know all about evidence, I know all about articulating, I know all about supporting claims." |
| A-089 | 89 | See Exhibit G |
| A-090 | 90 | URL: https://www.youtube.com/watch?v=dU6swtfqNNY<br>TS: 00:02:14<br>Quote: "I had to build a website from scratch. ...And the reason why I had to go to my own personal website is because any platform ...they're ran by people, by businesses, right? So, if you have a law enforcement agency like CDCR and they send a fake subpoena and search warrant signed by a judge, they're going to--they're going to do what is requested of them to do, um, per the search warrant." |

| A Row | Compl. ¶ | Source Quote(s) |
|---|---|---|
| A-090 | 90 | URL: https://www.youtube.com/watch?v=nRM4ak_abbo<br>TS: 00:08:11<br>Quote: "Someone said … the Ezekiel Romo hit was equally as bad as the Grinch 187. Sign up for my website, hectorbravoshow.com. I may or may not post the Ezekiel Wicked homicide video on that website. Again--sign up for HectorBavoShow.com. You might see Wicked get taken out." |
| A-090 | 90 | URL: https://www.youtube.com/watch?v=_8QqXSGkWAk<br>TS: 00:47:07–00:47:15<br>Quote: "In case my YouTube gets shut down, which I kind of foresee in the future, I still got all you guys. We'll just move somewhere else or we'll migrate somewhere else." |
| A-091 | 91 | See also Exhibit F<br><br>URL: https://www.youtube.com/watch?v=XMa1klL5OTI<br>TS: 00:21:59<br>Quote: "When I talked about the inmate at Corcoran--that inmate Dominguez...I had a fucking evidence...I had the fucking the fucking picture..." |
| A-092 | 92 | See also Exhibit H<br><br>URL: https://www.youtube.com/watch?v=PzzZqxOwY-Y<br>TS: 00:11:35<br>Quote: "Ferguson is a snake. Had a bad feeling from him the first time I met him. Fuck Ferguson. I hope he likes my fucking book that I sent to his pad, motherfucker. Don't you ever forget who runs this fucking show. I do, bitch. You're just a special agent, faggot. You're just a special agent, faggot. You're just a special agent, faggot. That's it, homie. When you retire, you're still going to be a has-been, a nobody, a fucking worthless fuck. When people see you at Costco, they're going to say, 'Hey, wife, you see that motherfucker right there? That's a fucking scumbag. That's a fucking piece of shit.' Hey, Ferguson, you're better off moving back to Texas, you fuck, where nobody knows you. But unfortunately for you, people in Texas watch me, faggot." |
| A-092 | 92 | URL: https://www.youtube.com/watch?v=lISW5vsd75U<br>TS: 00:09:19<br>Quote: "Elisha Lillibridge. Put the little fucking phone number there. Area code … extension …. So your boy gets on the horn. I get on the cell phone ... So, I called Elisha and turns out it's a dude … I looked at your fucking badge number. 79. You're a fucking fish cop. I have more time than you ... I'mma be calling you... Answer your phone ... With that, you'll be receiving a copy of my book in the mail *How to Be a Fucking Man*." |
| A-092 | 92 | URL: https://www.youtube.com/watch?v=R62HcfwINws<br>TS: 00:05<br>Quote: "If you haven't had that bitch ass CO Alex Robinson… if you guys will please let me know where he works and where he lives. Thank you." |
| A-092 | 92 | URL: https://www.youtube.com/watch?v=R62HcfwINws<br>TS: 10:54<br>Quote: "Alex Mark Robinson. Just wait till I get that fucking info, bitch. Golly, you're messing with the real one, bitch." |
| A-092 | 92 | URL: https://www.youtube.com/watch?v=I1ueOK7Q_sU<br>TS: 57:56<br>Quote: "Where's that fucking bitch? That bitch? He works at Mule Creek State Prison. Robinson. Alex Robinson. Where's that fucking bitch. ...Keep your eye on that motherfucker....Nobody checked them. Nobody checked them early on in their fucking career." |

| A Row | Compl. ¶ | Source Quote(s) |
|---|---|---|
| A-092 | 92 | **URL:** https://www.youtube.com/watch?v=wSg-jF8ftAY<br>**TS:** 02:55<br>**Quote:** "Salinas Valley State Prison. The Grinch murder follow up. Willie Soto, OIA agent. Piece of shit. An Office of Internal Affairs special agent by the name of Willie Soto has gone to Salinas Valley State Prison and illegally confiscated the cell phone out of two lieutenants, two sergeants, and six officers, right. I post--I blasted him on the IG." |
| A-093 | 93 | **URL:** https://www.youtube.com/watch?v=2MFb_LusEr4<br>**TS:** 36:08<br>**Quote:** "'...of the Office of Internal Affairs for CDCR...you have been identified as a witness in an administrative, in investigation against an employee from CDCR. I was just wondering if you would be able to interview telephonically on a recorded interview on July 2nd.' Said 'absolutely not, absolutely not.'" |
| A-093 | 93 | **URL:** https://www.youtube.com/watch?v=VHBifJUx-hM<br>**TS:** 03:57<br>**Quote:** "This week, you had special agents from the Office of Internal Affairs go to my old prison... They have a list and they're calling motherfuckers into the office, interrogating them without representation... Do not--do not get cornered. Do not get interrogated. Do not get intimidated. You have rights. ...Do I talk to any of those people on the list? Probably not, but they made up a list ...And they're telling them, 'Do you talk to Hector Bravo?' That's a fucking question, believe it or not." |
| A-093 | 93 | **URL:** https://www.youtube.com/watch?v=VHBifJUx-hM<br>**TS:** 20:17<br>**Quote:** "You're protected. POBAR... Do not open your fucking mouth... right now, you're not going to talk to them. You're not going to talk to them. This stays quiet." |
| A-094 | 94 | **Example prior inmate claims:**<br>1. Harmon v. Ferrel; Case Number: 3:16-cv-01012-MMA-AGS<br>2. Johnson v. Ferrel; Case Number: 3:18-cv-02553-JAH-BGS<br>3. McCullock v. Scharr; Case Number: 3:19-cv-02110-DMS-DEB<br>4. Faunce v. Covello; Case Number: 3:21-cv-00363-LR<br>5. Dragasits v. Macomer; Case Number: 3:24-cv-02016-AGS-SBC |
| A-095 | 95 | See A-080<br>**URL:** https://www.youtube.com/watch?v=d6Gc4iZKmFI<br>**TS:** 2:01<br>**Quote:** "'Why did he sue you?' He's talking about Jamie Osuna. That motherfucker. He's going to get paid! Let me tell you." |
| A-096 | 96 | See Exhibit G |
| A-097 | 97 | See Exhibit L |
| A-098 | 98 | See A-079 and Exhibit L |

**EXHIBIT B**
**Selected Pattern Chronology of Non-Plaintiff FERREL Publications, Source-Claim Events, and Litigation Timing**

*Limited purpose: This exhibit presents selected chronological examples of FERREL publications near litigation, protected activity, official reporting, or other material events. Several entries involve publications that Plaintiff alleges contained or reflected nonpublic, official-access, or otherwise non-ordinarily available materials disseminated outside authorized channels. The entries also reflect recurring counter-narratives that redirect, minimize, or reallocate responsibility among correctional staff, institutional administrators, and incarcerated persons. Plaintiff offers this exhibit for timing, pattern, narrative-control, source-pathway, motive, notice, preservation-risk, and prospective-relief purposes. This exhibit does not, by itself, establish causation, knowledge, source, authorization status, access to nonpublic material, responsibility for any underlying incident, or the truth of any FERREL or third-party statement.*

*Context note: The pattern identified here does not rest on dates alone; it tracks the repeated convergence of legally sensitive reference events with FERREL's own claimed access to video, audio, photographs, OIA/interview material, internal or complaint-related imagery, homicide footage, paid links, source attributions, or source explanations.*

| Entry | Matter | Reference Event / Date | FERREL Publication / Date | Pattern Significance / Timing Basis |
|---|---|---|---|---|
| | | **CCWF / WOMEN'S FACILITY USE-OF-FORCE MATERIALS** | | |
| B-01 | CCWF / *Wind* | Dec. 2, 2025 - Court approved stipulated protective order in *Wind v. State.* | Dec. 12-13, 2025 - FERREL stated he had received video and other material concerning the CCWF incident and previewed additional coverage. | Within 10 days of protective order; publication was framed as receipt of CCWF video and other incident material not ordinary public commentary. |
| B-02 | CCWF / *Wind* | Dec. 2-18, 2025 - Protective-order, early-ADR, and stay period in *Wind v. State.* | Dec. 14, 2025 - FERREL advertised full footage on a paid platform; Dec. 25 and Dec. 28, 2025 - related OIA interview material was released or moved to a related or alternate account. | During protective-order / early-ADR period; paid-platform footage promotion followed by release or movement of related OIA interview material. |
| B-03 | CCWF / *Wind* | Dec. 18, 2025 - Court stayed the entire action pending early alternative dispute resolution. | Dec. 18, 2025 - FERREL stated that he and his audience had seen videos and heard audio from the OIA investigation, claimed to possess the OIA interviews, and identified administrators involved in or connected to the CCWF incident. | Same day as stay order; FERREL claimed he had seen video and heard audio, identified administrators. |
| B-04 | CCWF / *Wind* | Mar. 27-28, 2026 - Public reports stated California had agreed to a $1.9 million settlement of the CCWF use-of-force litigation. | Mar. 5, 2026 - FERREL advertised full incident video as members-only website content; Apr. 17, 2026 - FERREL named and showed a warden and directed taxpayer blame in connection with the incident. | Pre-report paid promotion and post-report targeted publication; supports ongoing inventory/use of incident material across the settlement news cycle. |
| | | **DOMINGUEZ / CORCORAN OFFICER INCIDENT** | | |

| Entry | Matter | Reference Event / Date | FERREL Publication / Date | Pattern Significance / Timing Basis |
|---|---|---|---|---|
| B-05 | Dominguez / Corcoran | Sep. 4, 2024 - CDCR publicly reported a September 3 attempted-homicide investigation involving inmate Dominguez. | Sep. 5, 2024 - FERREL described the alleged officer attack and injuries, claimed access to an injury photograph, and attributed case-specific details to sources. Incident photos/video posted on FERREL platforms. FERREL then advertised the footage on a paid platform. Apr. 2025 – FERREL released footage across Meta platforms and referenced legal process by CDCR against FERREL's accounts. | One day after CDCR public release; FERREL claimed injury-photo access and attributed case-specific details to sources. |
| B-06 | Dominguez / Corcoran | Jul. 9, 2026 - Kings County docket reflects scheduled proceedings in two Bobby Dominguez felony matters: trial setting in 24CM2560 and arraignment on information in 24CM2265. | Jun. 29, 2026 - FERREL posted Dominguez-related imagery and caption text tying Dominguez, Art Guillen, Corcoran RHU, and ISU legal-process/search issues. | Approx. 10 days before scheduled felony trial proceedings; publication tied Dominguez imagery to Guillen, Corcoran RHU, and ISU legal-process/search issues. |
| **JASON HARMON** | | | | |
| B-07 | Jason Harmon | Jun. 5-Sep. 29, 2025 - Harmon executed a complaint, stated that grievance remedies had been exhausted, sought a TRO to prevent return to SVSP. | Sep. and Oct. 2025 - FERREL published accounts portraying Harmon as attacking an officer and stated that FERREL broke or injured Harmon's arm or hand. | During complaint-preparation / transfer-contest period; FERREL published a counter-narrative about Harmon's alleged officer attack and FERREL's own claimed force/injury involvement. |
| B-08 | Jason Harmon | Oct. 6-7, 2025 - Harmon docket updates with IFP/trust statement and consent/decline filings. | Nov. 19, 22-23, 2025 - FERREL published internal mugshot/complaint-related imagery concerning Harmon; Dec. 6, 2025 - FERREL gave interview that Harmon tried to murder a correctional officer and then made allegations against FERREL that were found unfounded. | While Harmon civil-rights actions remained pending; publication used internal mugshot/complaint-related imagery and an unfounded-allegation narrative. |
| **JOSEPH MENDOZA / SALINAS VALLEY STATE PRISON** | | | | |
| B-09 | Joseph Mendoza | Apr. 8, 2025 - CDCR publicly reported the Mendoza homicide investigation. | Sep. 5, 2025 - FERREL used video imagery to advertise an uncensored-video link to a paid platform. | After official death report and internal-memo period; paid-platform video promotion plus later video still/capture. |

| Entry | Matter | Reference Event / Date | FERREL Publication / Date | Pattern Significance / Timing Basis |
|---|---|---|---|---|
| B-10 | Joseph Mendoza | July 30, 2025 – CA Government claim filed by Mendoza estate. Dec. 1, 2025 - Federal complaint filed. | Dec. 7, 2025 - FERREL posted a still/capture from the video. FERREL creates video content on Jun. 8, Oct. 16, and Nov.11, 2025 on the incident. | During period of CA Government Claim and complaint filings, FERREL publishes content, framing the incident due to administrative leadership and attributes the reported leak of material to suggested inmate contraband cellphone. |
| B-11 | Joseph Mendoza | Feb. 11-12, 2026 - Family press conference and multiple public reports addressed the lawsuit and alleged leaked video of the incident. | Feb. 10, 2026 - FERREL published content, including material featuring FERREL's own photo paired with Young and a yes/no poll: "ARE YOU REALIZING CDCR IS MADE FOR KILLERS ONLY" | Ferrel content across platforms, promoting in cell photo. |
| | | **JOSEPH REAGAN / HIGH DESERT STATE PRISON** | | |
| B-12 | Joseph Reagan | Jun. 11, 2025 - CDCR publicly reported Joseph Reagan's June 10 death at High Desert State Prison as a homicide investigation. | Jun. 11, 2025 – FERREL creates content on the incident; Aug. 17 and Aug. 27, 2025 - FERREL advertised or linked a wheelchair-attack/homicide video/content to a paid platform; | After official homicide report, paid-platform homicide-video promotion. |
| B-13 | Joseph Reagan | Sept. 5, 2025 - Estate of Joseph Reagan filed CA government claim. Nov. 26, 2025 - Estate of Joseph Reagan civil-rights/wrongful-death complaint filed, referenced wheelchair use complaint alleged was due to a grieved use-force-incident. | Sep. 25, 2025 - FERREL replied to or republished a joking comment about blind inmates not seeing attacks coming; Dec. 7, 2025 – FERREL made content disclaiming knowledge of Reagan incident and stated he did not want to know. | FERREL publishes/republishes wheelchair attack footage with joking comment and later disavows knowledge of Reagan Estate litigation during period of claim and complaint filings. |

**Source References**

| Entry | Reference Source | FERREL Source |
|---|---|---|
| B-01 | Reference: *Wind v. State* docket, Dec. 2, 2025, protective order: https://www.courtlistener.com/docket/69699798/pc-wind-v-state-of-california/ | FERREL: videos (Dec. 2025) https://www.youtube.com/watch?v=d1oHFUgPaxg https://www.youtube.com/watch?v=eeYA-cP71zw |
| B-02 | Reference: *Wind v. State* docket, Dec. 2-18, 2025, protective-order/stay period: https://www.courtlistener.com/docket/69699798/pc-wind-v-state-of-california/ | FERREL: posts (Dec. 2025) https://www.youtube.com/post/Ugkx6HGRaz7nl-5e8-PZukUa_voVWATd4rck https://www.youtube.com/post/UgkxfPDukBrYgrUc5Z19FQq32Qh5VuqUXWjS OIA interview videos (Dec. 2025): https://www.youtube.com/watch?v=HkvnjHIDC8I https://www.youtube.com/watch?v=cdvfBhm1r7Y https://www.youtube.com/watch?v=rx5-JmZkmaw |
| B-03 | Reference: *Wind v. State* docket, Dec. 18, 2025, stay order: https://www.courtlistener.com/docket/69699798/pc-wind-v-state-of-california/ | FERREL: video (Dec. 2025) https://www.youtube.com/watch?v=HfRNp_UpGo4 |
| B-04 | Reference: KQED/LAist Mar. 27, 2026, settlement reporting and other settlement reporting: https://www.kqed.org/news/12077737/california-agrees-to-1-9m-settlement-in-prison-use-of-force-case; https://laist.com/news/california-settlement-prison-use-of-force-case | FERREL: posts (Mar. 2026) https://www.youtube.com/post/UgkxmnKpPJMD8VsYuBbB-ksd3sQlwls9KJWj https://www.youtube.com/post/UgkxE2CuCIrz0kTdtMt0gGdAVJzKFlCvlCAr https://www.youtube.com/post/UgkxIUlPMQxHL6T9cyhB8zeoiQpmwytWnzg_ |
| B-05 | Reference: CDCR Sep. 4, 2024, release: https://www.cdcr.ca.gov/news/2024/09/04/attempted-homicide-of-california-state-prison-corcoran-officer-under-investigation/ | FERREL: videos (Sep. 2024): https://www.youtube.com/watch?v=3muKUrHIKV8 ; https://www.youtube.com/watch?v=RxP8nwNz-tA |
| B-06 | Reference: Kings County public portal screenshot supplied by Plaintiff; *People v. Bobby Dominguez* cases 24CM2560 and 24CM2265; upcoming Jul. 9, 2026, proceedings: https://portal.kings.courts.ca.gov/public-portal/ | FERREL: post (Jul. 2026) Instagram post: https://www.instagram.com/p/DaMHyFsuKTp/ |
| B-07 | Reference: Harmon complaint executed Jun. 5, 2025, and mailed Sep. 29; Harmon docket references: https://www.pacermonitor.com/public/case/60490700/Harmon_v_Aguirre_et_al https://www.pacermonitor.com/public/case/64645516/Harmon_v_Callis_et_al | Oct. 13, 2025 https://www.youtube.com/watch?v=FPo0tk8eS0U&t=279s Sept. 10, 2025 https://www.youtube.com/watch?v=lTsRLovrXZ4&t=1943s |
| B-08 | Reference: Harmon v. Callis and Harmon v. Aguirre dockets, Oct. 6-7, 2025: https://www.pacermonitor.com/public/case/60490700/Harmon_v_Aguirre_et_al https://www.pacermonitor.com/public/case/64645516/Harmon_v_Callis_et_al | FERREL: posts (Nov. 2025): https://www.facebook.com/permalink.php?story_fbid=pfbid02pdwdgXXmBSotiVCTeuArvVj5G3r6N8VbLk6nRRsiP6dJivDRt6BWqjaEYkED9g8Vl&id=1000841 https://www.instagram.com/p/DHtdfO6PDzU/ https://www.instagram.com/hector__bravo/p/C7hJIwGRhQw/ |
| B-09 | Reference: CDCR Apr. 8, 2025, release: https://www.cdcr.ca.gov/news/2025/04/08/homicide-of-incarcerated-person-at-salinasvalley-state-prison-under-investigation/ | FERREL: posts (Sept. 2025): https://www.youtube.com/post/UgkxM_VQek333FqLt96TciZ-qQ-vr99qMXv6 https://www.youtube.com/post/UgkxZZrk7eXkqg8RoXxuil648DXfNoxcJ349 |
| B-10 | Reference: Mendoza complaint filed Dec. 1, 2025: https://www.courtlistener.com/docket/72064094/mendoza-v-california-department-of-corrections-and-rehabilitation/ | FERREL: videos (Jun. – Dec 2025) https://www.youtube.com/watch?v=uQKmx28mI5g https://www.youtube.com/watch?v=XgJEuC9pTTo https://www.youtube.com/watch?v=iNWx0G2M8Ak https://www.youtube.com/watch?v=nkm7MBeruxc |
| B-11 | Reference: Feb. 11-12, 2026 public reports: https://localnewsmatters.org/2026/02/12/salinas-valley-prison-180-stabbings-civil-rights-lawsuit/?utm_source=chatgpt.com ; https://losbanosenterprise.com/community/crime/2026/family-of-merceds-joseph-mendoza-to-speak-on-federal-lawsuit-over-prison-killing/?utm_source=chatgpt.com | FERREL: video (Feb. 2026) https://www.youtube.com/watch?v=TrCZbMX3vaY post (Feb. 2026): https://www.instagram.com/stories/hectorbravohq/3829583393965281507/ |
| B-12 | Reference: CDCR Jun. 11, 2025, release: https://www.cdcr.ca.gov/news/2025/06/11/high-desert-state-prison-officials-investigating-the-death-of-an-incarcerated-person-as-a-homicide-8/ | FERREL: post (Aug. 2025) https://www.instagram.com/hector__bravo/reel/DNdhBzWRscW/ |
| B-13 | Reference: Estate of Joseph Reagan docket: https://www.pacermonitor.com/public/case/61475455/ The_Estate_of_Joseph_Reagan_et_al_v_CDCR,_et_al | FERREL: post (Sep. 2025) https://www.instagram.com/p/DPCHH6CkfR3/ video (Dec. 2025): https://www.youtube.com/watch?v=uQKmx28mI5g&t=1413s |

**EXHIBIT C**

**Selected Early-Release Chronology: FERREL Publication Before Reviewed CDCR Release**

Selected, non-exhaustive examples. This exhibit compares selected FERREL publications against the first reviewed CDCR public release located for the same incident. Temporal priority alone does not establish source, authorization, confidentiality status, or whether the information appeared elsewhere before CDCR published its release. Plaintiff offers this exhibit for timing, notice, source-pathway, preservation-risk, and discovery purposes.

| Entry | Incident | FERREL First Publication | Reviewed CDCR Release | Lead Time |
|---|---|---|---|---|
| C-01 | Salinas Valley State Prison deadly-force incident | Jul. 13, 2024 - FERREL livestream/publication reportedly described a two-on-one attack, a Mini-14 shot / shot fired, and an approximate 9:30 a.m. time. | Jul. 17, 2024 - CDCR release reported the SVSP deadly-force incident, including staff use of a direct-impact round and Mini-14 and a 9:37 a.m. incident time. | 4 days before |
| C-02 | CSP-Sacramento Taylor / Gomez / Campbell alleged homicide | Jan. 15, 2025 - FERREL stated that inmates Taylor and Gomez/Gonzalez murdered another inmate during "med pass" that evening. | Jan. 16, 2025 - CDCR release identified inmates Campbell, Taylor, Gomez and stated the alleged attack occurred on the main exercise yard. | 1 day before |
| C-03 | Pelican Bay Gomez / Garcia / Ramirez alleged homicide | Nov. 2, 2025 - FERREL publication included gang-affiliation information concerning the incident. | Nov. 3, 2025 - CDCR release identified inmates, described a dayroom attack, did not include any gang/STG verification. | 1 day before |

Methodology: "Reviewed CDCR Release" means the first located CDCR release reviewed for the incident. "Lead time" compares the FERREL publication date to that reviewed release.

# EXHIBIT C SOURCE MAP

| Entry | Reference Source / URL | FERREL Source / URL |
|---|---|---|
| C-01 | CDCR release: "CDCR Investigating Deadly Force Incident at Salinas Valley State Prison" (Jul. 17, 2024) https://www.cdcr.ca.gov/news/2024/07/17/cdcr-investigating-deadly-force-incident-at-salinas-valley-state-prison/ | FERREL video (Jul. 13, 2024): TS approx. 00:03:03-00:03:20; also 00:17:00-00:17:09. https://www.youtube.com/watch?v=ikkioE0bSOc |
| C-02 | CDCR release: "California State Prison, Sacramento Officials Investigating the Death of an Incarcerated Person as a Homicide" (Jan. 16, 2025) https://www.cdcr.ca.gov/news/2025/01/16/california-state-prison-sacramento-officials-investigating-the-death-of-an-incarcerated-person-as-a-homicide-5/ | FERREL video (Jan. 15, 2025): TS approx. 00:07:32-00:07:44 https://www.youtube.com/watch?v=QJmjxYWgxKw |
| C-03 | CDCR release: "Pelican Bay State Prison Officials Investigating the Death of an Incarcerated Person as a Homicide" (Nov. 3, 2025) https://www.cdcr.ca.gov/news/2025/11/03/pelican-bay-state-prison-officials-investigating-the-death-of-an-incarcerated-person-as-a-homicide-2/ | FERREL video (Nov. 2, 2025) TS approx. 00:03:23-00:03:40; 00:08:35-00:08:39; 00:13:52-00:14:20 https://www.youtube.com/watch?v=u_xTe3sJYhg |

**Representative Plaintiff-Specific Promotional and Spectacle Posts**

Limited purpose: publication, notice, Plaintiff-specific targeting, monetization, and preservation risk. Redactions are shown in black boxes where used.

| | |
|---|---|
|  |  |
| D-1. FERREL YouTube video page centered on Plaintiff / 19CM-1882. | D-2. FERREL community post promoting Plaintiff-related material as "Never BEFORE Seen," "UNCENSORED," and "Extremely Graphic." |
|  |  |
| D-3. FERREL locked Patreon post of 19CM-1882 material titled "Horrific Picture" with "Join to unlock." | D-4. FERREL Instagram story presenting Plaintiff as a bracket/tournament winner for FERREL's posts re "fantasy gladiator fight league." |

# EXHIBIT D
## Representative Plaintiff-Specific Promotional and Spectacle Posts (continued)

Limited purpose: same as preceding Exhibit D page. Redactions are shown in black boxes where used.



D-5. FERREL fight-style matchup post using Plaintiff's image.



D-6. FERREL fight-style matchup post using Plaintiff's image.



D-7. FERREL "Cabeza Match" / UFC-style post using Plaintiff's image.



D-8. FERREL Instagram grid/post using Plaintiff's image with "California Model" branding.

Limited purpose: co-defendant awareness, anti-cooperation language, and litigation-related pressure. Redactions are shown in black boxes where used.



| E-1. FERREL post containing public comment thread. | E-2. Enlarged FERREL comment: "Art Guillen is my Co-Defendant in our Osuna Lawsuit... better keep it solid and not break." |

Limited purpose: statement regarding alleged evidentiary impact, confidentiality, legal-process response, and litigation-related narrative shaping. Redactions are shown in black boxes where used.

 **hector_bravo** ✔ 04/17/25                                                         ...

Thank you Corcoran ISU for violating my Fourth Amendment rights. Your so-called "evidence" is now baseless.

Even worse? As employees of the Department, you just violated the confidentiality of the victim you claimed to protect.

Congratulations—your incompetence just nuked your own case.

#CorcoranISU #CDCR #FourthAmendment #DueProcess #CivilRights #ExposeTheTruth



THANKS TO CORCORAN ISU. THIS VIDEO

...lo closed it out of the officers car and neck

SECTION

Send a chat

IS NOW PUBLIC: C-COR-41. 🔇 -C

♡ 16          ◯          ↻          ▽ 18

F-1. Full FERREL post stating, inter alia, "your incompetence just nuked your own case."

Limited purpose: public display and use of legal-process materials; Plaintiff does not ask the Court to determine authenticity or number of distinct processes from this exhibit alone. Redactions are shown in black boxes where used.





G-1. FERREL post displaying administrative investigative subpoena.

G-2. FERREL post displaying Google notice stating CDCR legal process requested Google account records.





G-3. FERREL post displaying Google notice / CDCR legal process with Corcoran ISU caption.

G-4. FERREL post displaying Kings County search warrant and order.

Limited purpose: same as preceding Exhibit G page. Redactions are shown in black boxes where used.



**G-5. FERREL San Diego search-warrant post and caption alleging continuing harassment by CDCR.**



**G-6. FERREL post captioned "Divorce Packet + Search Warrant."**



**G-7. FERREL post displaying OIA missed-delivery notice.**



**G-8. FERREL post displaying search-warrant notice-of-service document in OIA-related post.**

# Representative Investigator / Staff Targeting and Personal-Information Posts

Limited purpose: intimidation, targeting, anti-cooperation, and source-protection, and preservation risk context. Sensitive identifiers and unrelated comments are redacted for public filing. Redactions are shown in black boxes where used.



H-1. FERREL post identifying an OIA Special Agent and using personal/non-official imagery.



H-2. FERREL post identifying a Special Agent, referencing home delivery of unsolicited item, and showing location/delivery imagery.



H-3. FERREL story/post displaying personal-data style information, including driver's license number and home address, and public shaming text.



H-4. FERREL post identifying Special Agent Willie Soto and showing business-card information.

Limited purpose: legal-mail knowledge, service/mail-processing issues, intimidation, and preservation risk. Redactions are shown in black boxes where used.

Original post context (unrelated comments redacted)



Enlarged comment exchange



I-1. FERREL Instagram comment exchange: "That letter would not have made it out of the control booth" followed by FERREL response "EXACTLY."

# EXHIBIT J

## Returned / Opened Legal Mail and Mail Accountability Log

Limited purpose: service/mail-processing issues, notice, preservation risk, and returned-mail context. Redactions are shown in black boxes where used.



J-1. Representative front/back/bagged returned-envelope images and legal mail accountability log.

# EXHIBIT K
## Representative Official-Access Materials and State-Footage Posts

Limited purpose: source pathway, publication of CDCR-derived or official-access materials, monetization, and preservation risk. Redactions are shown in black boxes where used.



K-1. FERREL Instagram post using Corcoran visiting room facility-camera/security-footage style video.



K-2. FERREL YouTube community post promoting hectorbravoshow.com and multiple exclusive prison-incident/video tiles.



K-3. FERREL Instagram post using wheelchair/security-footage style video and mocking comments/replies.



K-4. FERREL Instagram post displaying internal CDCR email/report screenshot; email-address details redacted.

## EXHIBIT L
### Selected Chronology of Legal Process, Divorce/Separation Statements, Financial Statements, and Family/Child Public-Post Context

Limited purpose: Selected, non-exhaustive chronology of public statements, public posts, and court-record timing for notice, preservation, discovery, proceeds tracing, and potential transfer issues. This exhibit does not, by itself, establish marital status, cohabitation, asset ownership, transfer, or intent, and does not ask the Court to decide those matters from timing or social-media presentation alone.

| Entry / Descriptor | Date / Period | Category | Record / Statement / Context | Source / TS / Date / Basis |
|---|---|---|---|---|
| **CLUSTER 1 - 2024 family/relationship statements and legal-process posts** | | | | |
| L-1.01 Family baseline | Jan. 14-Mar. 23, 2024 | Family/public-post context | Public posts from January through March 2024 show FERREL and CHRISTINA FERREL in family or relationship settings, including a date-night post, a Disneyland family trip, extended-family outings, a road trip, an anniversary post, and a family "game day." | **URL:** https://www.instagram.com/hector__bravo/p/C2GStmevVp3/; **Date:** Jan. 14, 2024; **Basis:** Monster Jam family photograph. **URL:** https://www.instagram.com/hector__bravo/p/C2WU7X-L9Ln/; **Date:** Jan. 20, 2024; **Basis:** Date-night post. **URL:** https://www.instagram.com/hector__bravo/p/C3Gvi9HvSED/; **Date:** Feb. 8, 2024; **Basis:** Disneyland family trip. **URL:** https://www.instagram.com/hector__bravo/p/C3v6vy4yi3y/; **Date:** Feb. 24, 2024; **Basis:** Extended-family group outing. **URL:** https://www.instagram.com/hector__bravo/p/C388oeFJwN_/; **Date:** Feb. 29, 2024; **Basis:** Family road-trip post. **URL:** https://www.instagram.com/hector__bravo/reel/C4GLD8eLvfX/; **Date:** Mar. 4, 2024; **Basis:** Family video or outing. **URL:** https://www.instagram.com/hector__bravo/p/C4lXBQQpeta/; **Date:** Mar. 16, 2024; **Basis:** "Happy 17th anniversary" post. **URL:** https://www.instagram.com/hector__bravo/p/C43qLawv3nk/; **Date:** Mar. 23, 2024; **Basis:** Family-unit "game day" post. |
| L-1.02 Legal-process posts | May 13-June 6, 2024 | Legal-process public posts | FERREL publicly displayed material he described as Google/CDCR legal process and an administrative investigative subpoena. | **URL:** https://www.instagram.com/hector__bravo/p/C7pWRsUSOB6/; **Date:** May 31, 2024; **Basis:** Google notice dated May 13, 2024. **URL:** https://www.instagram.com/hector__bravo/p/C7463bfOpi5/; **Date:** June 6, 2024; **Basis:** Administrative-investigative or legal-process post. |
| L-1.03 Family/child posts | Aug. 3-Dec. 9, 2024 | Family/child public-post context | Additional 2024 public posts show family-unit and father/daughter activity after the May-June legal-process posts. | **URL:** https://www.instagram.com/hector__bravo/p/C-N1emhv15e/; **Date:** Aug. 3, 2024; **Basis:** Sixth-birthday family-unit post. **URL:** https://www.instagram.com/hector__bravo/p/C-Spd4ZJDdO/; **Date:** Aug. 5, 2024; **Basis:** Sixth-birthday outing. **URL:** https://www.instagram.com/hector__bravo/reel/C_TOEtLPoBg/; **Date:** Aug. 30, 2024; **Basis:** Father/daughter birthday-celebration post. **URL:** https://www.instagram.com/hector__bravo/p/DDYjlzmp7_u/; **Date:** Dec. 9, 2024; **Basis:** Family photograph. |
| L-1.04 Wife/separation statements | Oct. 15-Nov. 23, 2024 | Wife/separation language | In separate videos, FERREL said, "My wife watches this shit and holds it against me," and later referred to being "separated from your wife." | **URL:** https://www.youtube.com/watch?v=jNKy0Irx-IU; **TS:** 00:29:20; **Date:** Oct. 15, 2024; **Basis:** "My wife watches" statement. **URL:** https://www.youtube.com/watch?v=LnnUZBEhCo8; **TS:** 00:27:03; **Date:** Nov. 23, 2024; **Basis:** Separation statement. |

| Entry / Descriptor | Date / Period | Category | Record / Statement / Context | Source / TS / Date / Basis |
|---|---|---|---|---|
| **CLUSTER 2 - April-August 2025 legal/platform posts and family/child context** | | | | |
| **L-2.01** Additional legal-process posts | Apr. 18-25, 2025 | Legal-process public posts | FERREL publicly posted additional Google-notice or search-warrant material in April 2025. | **URL:** https://www.instagram.com/hector__bravo/p/DIl2axwJckm/; **Date:** Apr. 18, 2025; **Basis:** Google-notice or legal-process post. **URL:** https://www.instagram.com/hector__bravo/p/DIwSkXlJYjF/; **Date:** Apr. 22, 2025; **Basis:** Legal-process post. **URL:** https://www.instagram.com/hector__bravo/p/DIzZlqNT_aO/; **Date:** Apr. 23, 2025; **Basis:** Warrant post. **URL:** https://www.instagram.com/hector__bravo/p/DI4GW4JpyEB/; **Date:** Apr. 25, 2025; **Basis:** Warrant post. |
| **L-2.02** Parent/child and family posts | July 14-Aug. 10, 2025 | Family/child public-post context | Public posts during this period show both father/daughter posts and family-unit posts. FERREL and CHRISTINA FERREL each separately posted parent/child photographs from the same or similar birthday-photoshoot setting. In each preserved post, the posting parent and child were shown without the other parent in that particular post. This description is limited to the preserved public-post presentation. | **URL:** https://www.instagram.com/hector__bravo/p/DMGgGPKTRZ9/; **Date:** July 14, 2025; **Basis:** LEGOLAND father/daughter post. **URL:** https://www.instagram.com/hector__bravo/p/DMoJ-a5hrBO/; **Date:** July 27, 2025; **Basis:** Beach post. **URL:** https://www.instagram.com/hector__bravo/reel/DMOIBpcSTUa/; **Date:** July 27, 2025; **Basis:** Beach/bicycle reel. **URL:** https://www.instagram.com/hector__bravo/reel/DMonjtfRvDE/; **Date:** July 27, 2025; **Basis:** Family lawn-game reel. **URL:** https://www.facebook.com/photo.php?fbid=10161100785570899; **Date:** Aug. 5, 2025; **Basis:** CHRISTINA FERREL birthday-photoshoot post. **URL:** https://www.instagram.com/hector__bravo/p/DNGFDKjRra9/; **Date:** Aug. 8, 2025; **Basis:** FERREL father/daughter birthday photographs. **URL:** https://www.instagram.com/hector__bravo/p/DNMguo2PU1h/; **Date:** Aug. 10, 2025; **Basis:** Birthday family-unit post. |
| **L-2.03** Daughter/channel awareness | July 22, 2025 | Channel-awareness statement | FERREL said his daughter watches his channel: "My fucking daughter watches this shit. She already--my daughter, she watches me." | **URL:** https://www.youtube.com/watch?v=K8PWa4LfRHc; **TS:** 00:33:11-00:33:28; **Date:** July 22, 2025; **Basis:** Daughter-watches-channel statement. |
| **L-2.04** Patreon/platform statements | Aug. 1-20, 2025 | Platform and revenue statements | FERREL posted that Patreon suspended or removed his page. In related videos, he attributed platform action to CDCR, referred to platform or community-guidelines restrictions, stated that CDCR could not silence what he had created, and said CDCR took down Patreon and "seized all my funds." | **URL:** https://www.instagram.com/hector__bravo/p/DM0fJm4Jzj6/; **Date:** Aug. 1, 2025; **Basis:** Patreon suspension or takedown post. **URL:** https://www.youtube.com/watch?v=TF4onhD5yrw; **TS:** 00:05:25; **Date:** Aug. 20, 2025; **Basis:** "CDCR Banned my BOOK! - LIVE NOW!" platform statement. **URL:** https://www.youtube.com/watch?v=wBJ0Q_TruR4; **TS:** 00:01:02; **Date:** Aug. 19, 2025; **Basis:** Patreon-down and funds statement. |
| **CLUSTER 3 - September-October 2025 Europe-trip and OIA/dissolution posts** | | | | |
| **L-3.01** FERREL Europe-trip posts | Sept. 24-29, 2025 | Travel/public-post context | FERREL posted father/daughter travel content from Poland, Auschwitz/Auschwitz-Birkenau, and Vienna, Austria. The identified FERREL posts did not show CHRISTINA FERREL in those particular public posts. This description is limited to the preserved public-post presentation. | **URL:** https://www.instagram.com/hector__bravo/p/DPwnHUUEniy/; **Date:** Sept. 24, 2025; **Basis:** Poland father/daughter travel post. **URL:** https://www.instagram.com/hector__bravo/p/DPBn_OngPGh/; **Date:** Sept. 25, 2025; **Basis:** Auschwitz/Auschwitz-Birkenau post. **URL:** https://www.instagram.com/hector__bravo/p/DPY8vTokXuI/; **Date:** Sept. 29, 2025; **Basis:** Vienna/Europe-trip post. |
| **L-3.02** OIA pickup notice | Oct. 9, 2025 | Legal-process public post | FERREL displayed or referenced a USPS pickup notice identifying OIA as the sender before the later search-warrant and dissolution-packet posts. | **URL:** https://www.instagram.com/hector__bravo/p/DPnNWj2kTc5/; **Date:** Oct. 9, 2025; **Basis:** OIA pickup-notice post. |

| Entry / Descriptor | Date / Period | Category | Record / Statement / Context | Source / TS / Date / Basis |
|---|---|---|---|---|
| L-3.03 Search warrant and judgment packet | Oct. 10-11, 2025 | Legal-process and dissolution-packet post | FERREL displayed a "Search Warrant Notice of Service" packet and, on Oct. 11, posted "Divorce Packet + Search Warrant." The Oct. 11 image shows a San Diego Superior Court PKT-003 Dissolution (Judgment) Packet with the search-warrant notice. San Diego Superior Court identifies PKT-003 as a final dissolution-judgment packet. The register cited in L-5.04 reflects *Ferrel v. Ferrel* as filed Feb. 27, 2026. Included for timing and source identification. | URL: https://www.instagram.com/reel/DPoxEzhEnlO/; **Date:** Oct. 10, 2025; **Basis:** OIA search-warrant video. URL: https://www.instagram.com/hector__bravo/p/DPrPadDkRZA/; **Date:** Oct. 11, 2025; **Basis:** "Divorce Packet + Search Warrant" post. URL: https://www.sdcourt.ca.gov/pls/portal/docs/page/sdcourt/generalinformation/forms/familyandchildrenforms/pkt-003_fillable.pdf; **Basis:** San Diego Superior Court PKT-003, Dissolution Packet - Judgment. |
| L-3.04 "Ex" language in legal-process sequence | Oct. 10-12, 2025 | Ex-language and legal-process statement | In the same video sequence, FERREL said he had been served another search warrant and quoted "my ex" as telling him that he had a package. | URL: https://www.youtube.com/watch?v=lISW5vsd75U; **TS:** 00:00:29; **Date:** Oct. 12, 2025; **Basis:** Search-warrant and "my ex" statement. |
| L-3.05 CHRISTINA same-trip post | Oct. 14, 2025 | Travel/public-post context | CHRISTINA FERREL, using the public name Christina Miranda, posted "Fall break 2025" and listed Warsaw, Auschwitz, Auschwitz-Birkenau, Bratislava, and Vienna. The preserved post shows her and the child/trip context; it does not show FERREL in that particular public post. This description is limited to public-post presentation. | URL: https://www.facebook.com/507840898/videos/1804762903468586/; **Date:** Oct. 14, 2025; **Basis:** CHRISTINA FERREL "Fall break 2025" public video post. |
| L-3.06 OIA/family and "ex's pad" posts | Oct. 22-24, 2025 | Legal-process and family/home statements | On Oct. 22, FERREL posted an envelope with an OIA return-address label and wrote, "OIA Agents. You are pulling on the Devil's Tail. You continue to harass my family and I..." The image included family/vehicle context. On Oct. 24, FERREL said FERREL "broke into my ex's pad." | URL: https://www.instagram.com/hector__bravo/p/DOHqk0yCZx9/; **Date:** Oct. 22, 2025; **Basis:** OIA-envelope and family-harassment post. URL: https://www.instagram.com/hector__bravo/reel/DQMliF3Cb-6/; **Date:** Oct. 24, 2025; **Basis:** Pantry or "ex's pad" video. |
| **CLUSTER 4 - October-December 2025 financial, lawsuit, and family/home posts** | | | | |
| L-4.01 Money/vehicle public posts | Oct. 17-Nov. 26, 2025 | Financial/lifestyle public-post context | Public posts included a cash or money image and a vehicle or luxury-car image. Included only for source identification and discovery context; the posts do not establish ownership, value, or control. | URL: https://www.instagram.com/hector__bravo/p/DP6ojeAkYcK/; **Date:** Oct. 17, 2025; **Basis:** Cash or money post. URL: https://www.instagram.com/hector__bravo/p/DRimFF4j3r4/; **Date:** Nov. 26, 2025; **Basis:** Vehicle or luxury-car post. |
| L-4.02 FERREL lawsuit/search-warrant posts | Nov. 25-Dec. 11, 2025 | Court filing and legal-process posts | The San Diego Superior Court register reflects FERREL's civil action against CDCR filed Nov. 25, 2025. FERREL later posted or discussed a San Diego search warrant. | **Record:** San Diego Superior Court, Ferrel v. CDCR, No. 25CU063460C; **Filed:** Nov. 25, 2025; **Basis:** Civil-action filing. URL: https://www.instagram.com/p/DSJS9FHD4Ox/; **Date:** Dec. 11, 2025; **Basis:** San Diego search-warrant post and CDCR-harassment caption. |

| Entry / Descriptor | Date / Period | Category | Record / Statement / Context | Source / TS / Date / Basis |
|---|---|---|---|---|
| L-4.03 Family/home public posts | Dec. 8-28, 2025 | Family/home and parent/child context | Public posts during this period show family/home or parent/child context, including a couch story, Christmas/tree/gift-preparation video, father/daughter photograph, family ride, same-day beach posts by each parent, and a home video with stockings visible. In the preserved Dec. 21 beach posts, each parent's public post presented parent/child activity without showing the other parent in that particular post. | URL: https://www.instagram.com/stories/hector__bravo/3783512246887507094/; **Date:** Dec. 8, 2025; **Basis:** Family/couch story; screenshot preserved. URL: https://www.instagram.com/hector__bravo/reel/DSKepTQANYp/; **Date:** Dec. 12, 2025; **Basis:** Family-home Christmas/tree/gift-preparation video. URL: https://www.instagram.com/hector__bravo/p/DSd9rhKFCmp/; **Date:** Dec. 19, 2025; **Basis:** Hotel del Coronado father/daughter Christmas photograph. URL: https://www.facebook.com/507840898/videos/1443810404117410/; **Date:** Dec. 21, 2025; **Basis:** CHRISTINA FERREL beach video; corresponding FERREL same-day beach capture preserved. URL: https://www.instagram.com/hector__bravo/reel/DSlkVaqD97N/; **Date:** Dec. 22, 2025; **Basis:** Family "winter wonderland" ride. URL: https://www.instagram.com/hector__bravo/reel/DS1MmyHj6jM/; **Date:** Dec. 28, 2025; **Basis:** Family-home break-dancing video; stockings visible. |
| **CLUSTER 5 - February-April 2026 lawsuit, dissolution filing, financial statements, and family context** | | | | |
| L-5.01 Plaintiff lawsuit/service | Feb. 5-19, 2026 | Lawsuit and service record | Plaintiff's service of *Osuna v. Duran*, et al effected. on FERREL and other defendants during this period. | Record: Osuna v. Duran, Sacramento Superior Court No. 25CV017927; **Date:** Feb. 5-19, 2026; **Basis:** Case docket and Plaintiff service records. |
| L-5.02 "Ex-wife" notice statement | Feb. 19, 2026 | Household notice and lawsuit papers | FERREL stated that his "ex-wife" told him a letter was in the car, described it as "not good," and brought him Plaintiff's lawsuit papers. | URL: https://www.instagram.com/stories/hectorbravohq/383569535183208159/; **Date:** Feb. 19, 2026; **Basis:** Story showing or discussing lawsuit papers. URL: https://www.instagram.com/p/DU7HH5IEbRY/; **Date:** Feb. 19, 2026; **Basis:** Related public post. |
| L-5.03 Payment and divorce-status statements | Feb. 20, 2026 | Plaintiff-payment and divorce statements | Asked why Plaintiff sued him, FERREL said Plaintiff was "going to get paid." Later in the same video, he said, "Is my divorce finalized? No," and "The state's going to pay [Plaintiff]." A related story showed litigation paperwork and referenced a lawyer. | URL: https://www.youtube.com/watch?v=d6Gc4iZKmFI; **TS:** 00:02:01-00:02:06; 00:05:43-00:06:07; **Date:** Feb. 20, 2026; **Basis:** "I Answer Your Most Brutal Instagram Questions (No Filter)". URL: https://www.instagram.com/stories/hectorbravohq/383686343074153265/; **Date:** Feb. 20, 2026; **Basis:** Litigation-paperwork or lawyer story. |
| L-5.04 Dissolution/property filings | Feb. 27-Mar. 26, 2026 | Family-court register timing | The San Diego Superior Court register reflects *Ferrel v. Ferrel*, No. 26FL002233S, filed Feb. 27, 2026, with property or income-related filings reflected Mar. 26, 2026. The date comparison is to the Oct. 2025 PKT-003 display and the Feb. 19-20 statements above. | Record: San Diego Superior Court, *Ferrel v. Ferrel*, No. 26FL002233S; **Filed:** Feb. 27, 2026; **Basis:** Register of actions; property/income filings reflected Mar. 26, 2026. |
| L-5.05 No-money/lost-all/technical-status statements | Feb.-June 2026 | Financial and marital-status statements | In separate videos, FERREL said, "How you gonna sue me, bro? I got no money" and "I lost it all. My house, my wife, my job... broke as fuck." Later in the same *Night Yard* video, he said, "On paper, I don't have a wife. I don't have a house. Technically, I still do." | URL: https://www.youtube.com/watch?v=nRM4ak_abbo; **TS:** 00:04:47; **Date:** Feb. 23, 2026; **Basis:** "LIVE IN STOCKTON!" no-money statement. URL: https://www.youtube.com/watch?v=DS2Lohrt7hU; **TS:** 00:04:13; 00:28:31; **Basis:** "Night Yard - LIVE NOW!" lost-all and "technically, I still do" statements. |

| Entry / Descriptor | Date / Period | Category | Record / Statement / Context | Source / TS / Date / Basis |
|---|---|---|---|---|
| L-5.06 Family/child posts after filing | Feb. 14-Apr. 12, 2026 | Family/child public-post context | Public posts around and after the lawsuit and dissolution-filing period include a Feb. 14 softball/family post and an Apr. 12 Petco Park or stadium outing with family context in the preserved capture. | **URL:** https://www.instagram.com/p/DUv1slvjwFI/; **Date:** Feb. 14, 2026; **Basis:** Softball/family-unit post. **URL:** https://www.instagram.com/p/DXAuI1bib0t/?img_index=4; **Date:** Apr. 12, 2026; **Basis:** Petco Park or stadium family video/capture. |
| **CLUSTER 6 - June 2026 divorce, asset, website, and daughter-directed proceeds statements** | | | | |
| L-6.01 House/CalPERS statement | June 2026 | Divorce and asset statement | FERREL stated he had divorce court in one week; that the marital home was worth more than $1 million; that he had CalPERS retirement; and that his ex was entitled to 11 of his 16 service years. | **URL:** https://www.youtube.com/watch?v=VvYx679fv4Q; **TS:** 00:10:44-00:12:19; **Date:** June 2026; **Basis:** "Drag Show - LIVE NOW!" house and CalPERS statement. |
| L-6.02 Assets tied up/bill collectors | June 2026 | Divorce and asset-access statement | FERREL stated: "I got the bill collectors calling me... I'll wait till my divorce is finalized. You ain't getting shit. The thing about getting married is your assets are all tied up, man. On paper, I'm worth a lot of money." | **URL:** https://www.youtube.com/watch?v=VvYx679fv4Q; **TS:** 00:14:21-00:15:03; **Date:** June 2026; **Basis:** "Drag Show - LIVE NOW!" bill-collector and asset-access statement. |
| L-6.03 Daughter-directed proceeds statement | June 2026 | Prospective proceeds statement | FERREL stated: "Nothing belongs to me anymore. Everything from whatever I do on here forward it belongs to my daughter... I got to set my daughter up." He also said he was not reckless with money and did not want to buy another house. | **URL:** https://www.youtube.com/watch?v=VvYx679fv4Q; **TS:** 00:40:14-00:41:03; **Date:** June 2026; **Basis:** Prospective proceeds-to-daughter statement. |
| L-6.04 Divorce-finalization/website statement | June 2026 | Divorce and platform-continuation statement | In a separate video, FERREL said, "Once my divorce is finalized, I'm going to bring back Hector Bravo Unhinged," and then referred to his website being taken down and to continuing despite repeated takedowns. | **URL:** https://www.youtube.com/watch?v=-BfhUPZ7sdA; **TS:** 00:38:18; **Date:** June 2026; **Basis:** Divorce-finalization and website-takedown statement. |