

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUL 27 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jamie Osuna BD0868
CSP-COR PO Box 8800
Corcoran, CA 93212,

Plaintiff,

v.

HECTOR FERREL, CHRISTINA FERREL, et al,

Defendants.

No.  1:26-cv-04240-JLT-EPG (PC)

**SUPPLEMENTAL NOTICE OF ERRATA AND SUBMISSION OF ORIGINAL THREE-PAGE SUPPORTING DECLARATION WITH IFP APPLICATION**

Plaintiff supplements the Notice of Errata previously submitted in this action.

The original IFP packet received by the Court on July 20, 2026, contained two parts: the IFP application and account records, and a signed three-page Notice/Supplemental Response explaining the application, the unavailable certification, and the account records.

The application was docketed as ECF No. 13, and the companion three-page filing was separately docketed as ECF No. 14, in *Osuna v. Hernandez*, Case No. 1:26-cv-01144-KES-EPG (PC).

When Plaintiff mailed the first errata notices, ECF No. 14 was not yet visible on PACER/ECF, and the first notice therefore addressed only ECF No. 13.

The attached ECF No. 14 is the original signed companion document and is not a newly prepared declaration or a new IFP application.

Plaintiff respectfully requests that the attached document be filed in this action and treated and considered together with Plaintiff's IFP application as the two parts of the original July 20, 2026, submission intended to respond to ECF No. 7.

July 24, 2026

p.p. Jamie Osuna

1

Jamie Osuna#BD0868

CSP/COR

4A-1L-#44

P.O.BOX:3476

CORCORAN, CA 93212

**FILED**

JUL 2 0 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:26-cv-04240-JLT-EPG (PC)

JAMIE OSUNA,

      Plaintiff,

  v.

HECTOR FERREL, et al.

      Defendent.

Case No.1██████████

NOTICE/SUPPLIMENT RESPONSE TO
COURTS ORDER FOR PLAINTIFF TO
PROVIDE (IFP) APPLICATION;
PLAINTIFF ENCLOSED APPLICATION
HEREIN

TO HONORABLE JUDGE;

On june 4 it was so ordered that the plaintiff must submit an application to proceed in forma paupaeris within 45 days, plaintiff exuaghsted all institutional remedy's, inoreder to obtain certify'd statment inorder to fill out the (IFP) application. plaintiff followed all internal policys, local and institutional reginal with no results plaintiff filed motion with courts the courts ordered the plaintiff to provide courts with application inorder for (CDCR) to provide statment and to authorize any withdrawl of of funds if IFP is granted. plaintiff has ENCLOSED the application answeri answering the questions to best of his knowlegde do to CDCR not providing certify'd statment to plaintiff. plaintiff is acting in Good faith and truthful that plaintiff did not have the funds to pay the filing fee from time complaint was filed and the previous years and currently, however for

[1]

the questions IIn the number item 3. have you recieved any money from the following sources the past twelve months ? any other sources? (f.) the plaintiff checked yes do to any ramdom deposits those that may be known or unknown, since the p½allintiff does not have access to the certify'd statment the plaintiff managed to scrap up some balance trust account sheet sheets the palintiff documented deposites 1. 1/1/26 $1.42¢ one dallor and forty two cents 2. 1/1/26, 12/20/26 both days $5.00¢ five dallors 4. on 2/22/26, 2/25/26 $5.00 bothdays five dollors  6. on 3/1/26,3/3/26, 3/4/26, 3/5/26, 3/8/26,  total of $25.00¢ twenty five dallors, for 6/17/25 through 12/25 the plaintiff does not have copies of the certifyd staments for for those months showing if there was deposites do to court having plaintiffs originals however ther plaintiffs trust account has been extremly low because any time funds are sent if they aere do to the court fees in plaintiff other federal cases each take there percentage at the same time so for the mentionede above all the money was taken besides the dallor forty two cents. the complaint was filed around end of may i signed the application for this month now for question4 on the application Do you have any cash including balance or checking saving account. fir the time of the complaint it was zero ive provide trust account statment showing on may 9th 2026 my account was ¢$5.30¢ five dallors and thirty cents  then on 4/17/26 i was charged for copies for a civil case then my account went to zero.

however i had $46. somthing cents on my instituitional TABLET wich cdcr made new contrat with another company that company is called SECURUS the previous company GTL stated that the money on tablet will go straigh to our account once they bring new tablets they just brought them in end june or so im not sure if the $46.00¢ dallors are there. when CDCR provides courts with statment plaintiff does not want there to be any

[2]

confusion. also since ive had all the court fees any money that comes in if it were would all be taken unless theres an EXCEPTION wich the has only been one last year for $23.00 twenty three dallors.

the plaintiff would also like to explain the certifyd statment because in aprevious case IFP a judge was confused thought i had money by her interpitation of the certify'd statment because it was the same situatio were courts ordered cdcr to provide statment when usually a custody officer will interpet the certify'd statment and sign the applicatyion verifying the plaintiffs monthly income and average balance every month and current balance and total sum in past six months the plaintiff has had as much as $15.00¢ somthing cents the certify'd statment account balance on the right is not the plasintiff acount balance nor does plaintiff have access to it its just a foot print as of know i owe $143.36¢ for

a broken window the trust office is saying they are not releasing the funds until i sign apaper letting them take it so that is in totality shown in numbers in right coulum i am providing the courts with the application it requested and supporting documents trust acocunt balance sheets showing account balance shown dated 4/9/26 $5.30 cents & recently printed 7/9/26 showing current balance available at $0.00 dallors for months4/26 but documet dated 7/9/26 when printed. the plaintiff is not passing these balance sheets as the "CERTIFY"D STAIMENT" but only to show compare his balance with the descriptions of account balance. And transparnecy the plaintiff has also provided trust account office with application

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on: __7/15/26__

_____

[3]

Name: JAMIE OSUNA

CDC No: BD0868

Address: 4A-1L-#44/CSP/COR/ P.O.BOX:3476

Corcoran, CA 93212

**FILED**

**JUL 20 2026**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

)   1:26-cv-04240-JLT-EPG (PC)

CASE NUMBER:   1█████████-█PG

JAMIE OSUNA          Plaintiff/Petitioner,

v.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

Defendants/Respondent.

HECTOR FERREL, et al. _____/

I, _____ JAMIE OSUNA _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    _X_ Yes  __ No  (If "no" DO NOT USE THIS FORM)

    State the place of your incarceration. CORCORAN PRISON/Segregation housing unit

2.  Are you currently employed (includes prison employment)?    ____ Yes   XX No

    a.  If the answer is "yes" state the amount of your pay. _____ N/A _____

    b.  If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
    9/2007 to sometime 2008
    self employeed granfather other family 2007 15.00 hour dont remem,ber homeddress
    ive been incarcerated for almost 15 years

3.  Have you received any money from the following sources over the last twelve months?

    a.  Business, profession, or other self-employment:    __ Yes    _X_ No

    b.  Rent payments, interest or dividends:    __ Yes    _X_ No

c.  Pensions, annuities or life insurance payments:  __ Yes   X No

d.  Disability or workers compensation payments:  __ Yes   X No

e.  Gifts or inheritances:  __ Yes   X No

f.  Any other sources:  X Yes   __ No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary). 1. inmate deposite $1.42¢ one dallor 42 cents. on 1/1/26 2/20/26 $5.00¢ five dallors 3. 2/22/26, 2/25,26 $5.00 five dallors both dates on 3/1/26,3/3/26,3/4/26,3/5,3/8 26 total $25.00 twenty five dallors, i do not have cerifyd statment for months of 6/17/25 to 12/25

4.  Do you have cash (includes balance of checking or savings accounts)?  __ Yes __ No
XXXX when i filed the complaint i had $0.00 zero dallors on may9th. 26 my account balance was $5.30¢ ive attached document on 4/17/26 i was charged for copies $5.30 from time of complaint
If "yes" state the total amount: __NO from time__ filed should be zero now in july. there may complaint be $46,00 because our tablets had it on there and we cdcr swithched new companys money on tablet would bw transfered t0 acount

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  __ Yes   x No

If "yes" describe the property and state its value:  _____ N/A _____

6.  Do you have any other assets?  __ Yes   X No

If "yes," list the asset(s) and state the value of each asset listed: __ N/A _____

7.  List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
    N/A
    _____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

_____7/15/26_____          _____
DATE                        SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____          _____
DATE                        SIGNATURE OF AUTHORIZED OFFICER

Date\Time: 7/9/2025 12:31 PM
Institution: COR

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | |
|---|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 | |

**Current Available Balance:** $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/01/2026 | COR | BEGINNING BALANCE | | | | $178.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:25-CV-00282-EPG | 433889 | ($5.00) | $173.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 433889 | ($5.00) | $168.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 433889 | ($5.00) | $163.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 433889 | ($5.00) | $158.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 433889 | ($5.00) | $153.36 |
| 04/01/2026 | COR | COPY CHARGES | #479 | | ($4.70) | $148.66 |
| 04/17/2026 | COR | COPY CHARGES | #500 | | ($5.30) | $143.36 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| FT | 12/13/2022 | $143.36 |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | ($5.00) | $131.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | ($5.00) | $163.00 |
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | ($5.00) | $246.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | ($5.00) | $261.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | $0.00 | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | ($5.00) | $343.36 |
| FEDERAL FILING FEE | 1:25-CV-00772-BAM | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:25-CV-01437-HBK | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:26-CV-01144-KES-EP | $350.00 | $0.00 | $350.00 |
| COPY CHARGES | #500 | $5.90 | ($5.30) | $0.60 |
| COPY CHARGES | #507 | $5.10 | $0.00 | $5.10 |
| COPY CHARGES | #531 | $5.10 | $0.00 | $5.10 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|

6

Date\Time: 7/9/2026 12:12:31 PM    CDCR    Document 13    Filed 07/16/20/26    Page 4 of 6

Institution: COR

# Inmate Statement Report

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

7

Date\Time: 4/0/2026 12:02:66 CM-0████████-EPG    Document 13    Filed 01/20/26    Page 5 of 6

Institution: COR

**CDCR**

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | |
|---|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 | |

**Current Available Balance:**  $5.30

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2026 | COR | BEGINNING BALANCE | | | | $153.58 |
| 01/21/2026 | COR | INMATE DEPOSIT | THOMAS STLMNT | 13401 | $1.42 | $155.00 |
| 02/20/2026 | COR | GTL | 22659367107109 | | $5.00 | $160.00 |
| 02/20/2026 | COR | FILING FEES DUE STATE | #443 CERTIFIED STATE | | ($3.00) | $157.00 |
| 02/22/2026 | COR | GTL | 22659387026470 | | $5.00 | $162.00 |
| 02/25/2026 | COR | GTL | 22659463121446 | | $5.00 | $167.00 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:25-CV-00282-EPG | 433736 | ($1.64) | $165.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 433736 | ($3.00) | $162.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 433736 | ($3.00) | $159.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 433736 | ($3.00) | $156.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 433736 | ($3.00) | $153.36 |
| 03/01/2026 | COR | GTL | 22659545330726 | | $5.00 | $158.36 |
| 03/03/2026 | COR | GTL | 22659619664293 | | $5.00 | $163.36 |
| 03/04/2026 | COR | GTL | 22659638001317 | | $5.00 | $168.36 |
| 03/05/2026 | COR | GTL | 22659651015590 | | $5.00 | $173.36 |
| 03/08/2026 | COR | GTL | 22659728467236 | | $5.00 | $178.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:25-CV-00282-EPG | 433889 | ($5.00) | $173.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 433889 | ($5.00) | $168.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 433889 | ($5.00) | $163.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 433889 | ($5.00) | $158.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 433889 | ($5.00) | $153.36 |
| 04/01/2026 | COR | COPY CHARGES | #479 | | ($4.70) | $148.66 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount | |
|---|---|---|---|
| | 12/13/2022 | $143.36 | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELLWINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | ($8.00) | $131.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | ($8.00) | $163.00 |

Case 1:26-cv-0███████-EPG    Document 13    Filed 07/20/26    Page 6 of 6

Date\Time: 4/0███████

Institution: COR

## Inmate Statement Report

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | ($8.00) | $246.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | ($8.00) | $261.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | $0.00 | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | ($6.64) | $343.36 |
| FEDERAL FILING FEE | 1:25-CV-00772-BAM | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:25-CV-01437-HBK | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:26-CV-01144-KES-EP | $350.00 | $0.00 | $350.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

7