FILED
OCT 13 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JAMIE OSUNA (CDCR No. BD0868)
California State Prison–Corcoran
P.O. Box 8800
Corcoran, CA 93212,

Plaintiff,

v.

HECTOR FERREL; TORMENT TACTICAL LLC; CHRISTINA FERREL; and DOES 1–35,

Defendants.

No. 1:26-cv-04240-JLT-EPG (PC)

**FIRST AMENDED COMPLAINT**

**Civil Rights and Related State Law Claims**

1. First Amendment Retaliation
2. Conspiracy to Retaliate
3. Voidable Transfer

**DEMAND FOR JURY TRIAL**

RECEIVED
OCT 13 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 over the claims under 42 U.S.C. § 1983, and supplemental jurisdiction under 28 U.S.C. § 1367 over the related voidable-transfer claim concerning assets allegedly transferred to impede satisfaction of Plaintiff's claims. Venue is proper under 28 U.S.C. § 1391(b)(2) because substantial events occurred at California State Prison–Corcoran and elsewhere in this District.

## II. INTRODUCTION

2. After Plaintiff pursued grievances and litigation challenging unauthorized disclosures, FERREL used his media operations to target Plaintiff in response to the lawsuit, address current correctional officers, endorse a comment about suppressing Plaintiff's litigation mail, and publish fight-themed imagery. Plaintiff alleges retaliatory intimidation and intentional interference with identified litigation mail, including FERREL's and TORMENT TACTICAL LLC's joint participation with current CDCR personnel as described below.

3. This action concerns retaliation and conspiracy occurring after the earlier disclosures at issue in *Osuna v. Duran*, Sacramento Superior Court No. 25CV017927, and alleged transfers by

FERREL intended to hinder or delay collection of Plaintiff's claims. Earlier events provide context for access, knowledge, relationships, and motive; Plaintiff does not seek duplicate recovery for the earlier injuries.

## III. PARTIES

4. Plaintiff Jamie Osuna is incarcerated at California State Prison–Corcoran.

5. Defendant Hector FERREL, also known as Hector Bravo, is a former CDCR RJ Donovan lieutenant. He is sued individually for his own conduct and alleged joint participation with current state actors.

6. Defendant TORMENT TACTICAL LLC is a California limited liability company formed on August 1, 2022. Public entity records identify FERREL as its manager. FERREL publicly identified Torment Tactical as the LLC under which his channels and book operated. Exhibit A, row A-020.

7. Defendant Christina FERREL is named in Count Three as an alleged transferee or person for whose benefit transfers of FERREL's property interests or proceeds were made, as described in that Count, including his economic interest in the marital home's equity or sale proceeds.

8. DOES 1–25 are unidentified current CDCR personnel alleged to have personally interfered with the identified litigation mail as part of the joint retaliation described below. Each is sued in an individual capacity for that person's own conduct. Plaintiff will seek leave to substitute names and corresponding acts when ascertained.

9. DOES 26–35 are unidentified persons or entities alleged on information and belief to have received or held rights, assets, or proceeds under the dispositions described in Count Three, to have been persons for whose direct benefit those dispositions were made, or to have been qualifying subsequent transferees. These transfer DOES are distinct from CDCR DOES 1–25.

## IV. FACTUAL ALLEGATIONS

### A. Plaintiff's Records, Protected Activity, and Notice

10. Plaintiff's pending criminal matter, Kings County Superior Court No. 19CM-1882, involves investigative photographs, medical and mental-health information, and internal investigative materials. Some materials are sealed, confidential, or restricted. The prosecution has taken the

position that possession of certain photographs presents institutional-security concerns.

11. Plaintiff filed grievances, complaints, and civil-rights litigation challenging unauthorized disclosures and purported disclosures, confidentiality violations, media interference, legal-access restrictions, and related safety risks.

12. Plaintiff did not authorize public release or sale of his nonpublic CDCR or California Correctional Health Care Services records, medical or mental-health information, grievance contents, classification information, or confidential investigative photographs.

13. Following heightened public interest in 19CM-1882, CDCR restricted Plaintiff's central file to management-level access and required staff identity and access purpose to be logged.

14. Plaintiff's complaints identified the challenged disclosures and CDCR's confidentiality, inmate-record, surveillance, and body-worn-camera requirements. They informed CDCR that nonpublic materials concerning Plaintiff and his pending prosecution were being disseminated outside authorized channels.

15. In Apr. 2023, FERREL published Plaintiff-related content. Plaintiff grieved staff posts and alleged leaks in May–Jul. 2023. Thereafter, FERREL gave interviews concerning Plaintiff in which he purported to disclose nonpublic information concerning Plaintiff and 19CM-1882 timed around significant events in that criminal case. A Plaintiff-focused documentary was filmed around Jul. 2023, after the grievances, and FERREL publicly promoted the project through teasers. FERREL later appeared in VICE documentary content concerning CDCR that used the photographs from 19CM-1882 that FERREL had also promoted through his paid platform. In Mar. 2025, FERREL published inmate-gladiator fight polls and match-up graphics using Plaintiff's image around the time of Plaintiff's litigation and grievance activity. Selected Plaintiff-specific publications appear in Exhibit C; selected statements appear in Exhibit A.

16. Plaintiff received CDCR breach notices concerning online disclosure of his dental records and, separately, his photograph and housing information. Those materials were removed. CDCR also granted Plaintiff's 2024 grievance where it concerned a CDCR officer's stigmatizing comment on FERREL's Plaintiff-related video, and that comment was removed.

17. In 2026, CDCR separately notified Plaintiff that a mental-health employee had downloaded his

records before resigning and that CDCR sent a cease-and-desist communication. Plaintiff has not received comparable breach notices, audit results, removal assistance, or restored access restrictions addressing FERREL's Plaintiff-specific publications.

**B. CDCR Notice and Contrasting Responses**

18. Plaintiff's complaints notified CDCR of FERREL's public dissemination, claimed possession, and commercial offering of Plaintiff-related materials, including FERREL's own public statements and publications concerning those materials. Chief Deputy Warden Art Guillen denied a grievance in part on the grounds that FERREL had left CDCR or was outside its authority. The grievance and response are alleged here as notice of the challenged conduct and CDCR's stated position concerning its authority.

19. FERREL first distributed footage concerning Dominguez, another Corcoran inmate whose criminal proceedings were also before Kings County Superior Court, through YouTube. He later publicly identified warrants obtained by Guillen and Corcoran ISU concerning his accounts and displayed warrant materials bearing the same case identifier as the footage. He responded by attacking the investigators and reposting the footage on Instagram and Threads with "THANKS TO CORCORAN ISU" and "IS NOW PUBLIC." In the Apr. 17, 2025 repost, he accused ISU of violating his rights and the victim's confidentiality and wrote, "your incompetence just nuked your own case." He also displayed Google's notice of its response to CDCR legal process. Exhibits B and E. An earlier sequence concerned Plaintiff: in May 2024, FERREL publicized Google/CDCR legal process and, on or about May 31, warned that the closer CDCR got to him, the worse it would be for CDCR. Within days, on June 6 and 8, 2024, he promoted paid access to photographs from Plaintiff's pending criminal case, No. 19CM-1882. Exhibit A, row A-076; Exhibit C, C-08; Exhibit H.

**C. FERREL's Business and Continuing Insider Sources**

20. FERREL publicly described reading inmates' central and confidential files, including files from institutions where he had not worked, and described access to CDCR's SOMS and ERMS systems. He also described serving as a public-information officer with connections to OIA and headquarters. Exhibit A, rows A-001–A-005 and A-038.

21. FERREL acknowledged medical confidentiality. He said, "HIPAA is when your medical files are supposed to be, like, confidential to the fucking world." He elsewhere invoked HIPAA when discussing whether he could disclose medical information. He urged staff to learn Title 15, the Department Operations Manual, and recording policies. Exhibit A, rows A-006, A-007, and A-008.

22. In his original civil complaint against CDCR, FERREL alleged that in May 2021 he refused to review an officer's body-worn-camera recording to look for violations because he believed "spying on body worn cameras without just cause" was illegal. He later publicly wrote: "For some reason CDCR thinks they're special and they don't have to release body worn camera footage, like every other LE agency in the USA."

23. After leaving CDCR on Dec. 1, 2022, FERREL published incident reports, CDCR 7219 medical forms, surveillance and body-worn-camera footage, internal emails, recordings of inmate video visits and visiting-room footage, RVR proceedings, OIA interviews, and case materials. Departmental identifiers, recording markings, and internal content identified some items as official-access materials. These publications and source practices supply context for his access, relationships, knowledge, and the intimidation alleged here. Exhibit A records his statements; Exhibit B compares selected publications with litigation and enforcement events; Exhibit C presents Plaintiff-specific posts; and Exhibit G illustrates paid distribution of incident footage.

24. FERREL promoted graphic, exclusive, or uncensored content through Patreon and later his paid website, hectorbravoshow.com. He linked incident-video releases to membership growth, displayed membership metrics, and placed his branding on footage. In a recording identified in Exhibit A, he stated: "Everything is under my LLC" and identified "Torment Tactical," explaining that his YouTube channels and book were under that LLC. Exhibit A, rows A-020, A-055–A-060; Exhibit G illustrates paid distribution.

25. FERREL repeatedly described continuing sources inside CDCR, saying, "I have people, my little birdies inside the prison system." He also asked, "Now, do I have sources everywhere? Everywhere." He stated that he spoke with OIA senior special agents and people in

headquarters and attributed information to those contacts. Exhibit A, rows A-035–A-039.

26. FERREL described receiving "all the RVRs," "all the confidential information," 7219 forms, and incident reports. He asked people to send incident packets and to continue sending CDCR Form 837 reports so he could "do you guys justice." Exhibit A, rows A-040–A-042.

27. FERREL assured sources, "I never reveal my sources, right?" and advised them to "create an alias." He also described encrypted communications and multiple phones and urged officers to use a burner number rather than give CDCR their personal number. Discussing CDCR scrutiny of current employees, he said, "I never anticipated that CDCR was going to come after their current employees, right?" He said he would not identify who gave him information: "I will never tell it." Exhibit A, rows A-043–A-053.

28. FERREL publicly recounted being told that Plaintiff "keeps 602ing you" and "Osuna 602ed you." He then described what he said was the grievance's contents: "He said in the 602 that because I mentioned his name on this YouTube shit, that the officers are now retaliating against him." The recording does not identify the speaker, how FERREL learned those contents, or when any access occurred. Exhibit A, row A-021.

**D. Plaintiff's Lawsuit and the Later Targeting**

29. After the Jan. 16, 2026 *Duran* amended complaint, Plaintiff delivered summons-and-complaint mailings to correctional staff for processing on or about Feb. 5. During his February lawsuit response, FERREL held Plaintiff's envelope and summons papers toward the camera, exposing the return-address information. He said Christina FERREL brought him the papers and quoted her warning, "It's not good." Immediately after announcing that Plaintiff had sued him, he addressed current correctional officers: "you're fucking afraid to do your job." He mocked watching videos to learn "how to put handcuffs on an inmate or how to approach an inmate respectfully," invoked "big nuts, a strong back, a moral compass," and returned to insulting Plaintiff. Exhibit A, row A-024; Exhibits C and F.

30. FERREL characterized Plaintiff's suit challenging unauthorized disclosures as arising from a YouTube video about how the incident in 19CM-1882 could occur. Responding to a question about Plaintiff's suit, he stated, "He's going to get paid." In a Feb. 20, 2026, separate

Instagram story, FERREL displayed Plaintiff's lawsuit papers and said he was reviewing paperwork "about to send it to my lawyer" and was overwhelmed with paperwork and litigation. Exhibit A, rows A-026–A-028; Exhibit H.

31. During FERREL's February 2026 lawsuit response, a Feb. 18 post displayed a "CABEZA MATCH" fight-themed graphic using Plaintiff's and FERREL's images, distinct from the March 2025 fight graphics. Exhibit C, C-03.

32. During the lawsuit-response period, FERREL identified Corcoran Chief Deputy Warden Guillen as his co-defendant and wrote: "That vato CDW Art Guillen is my Co-Defendant in our Osuna Lawsuit. That foo better keep it solid and not break". Exhibit D.

33. In a Feb. 18, 2026, exchange, FERREL replied "EXACTLY" to @wj7gallo's comment, "Back in the day. That letter wouldn't have made it out of the control booth." Exhibit F. This account publicly identifies as Wesley Gallo; public records identify Wesley J. Gallo as a CDCR officer, including at Ironwood State Prison. Thereafter, Plaintiff received identified summons-and-complaint mailings to current CDCR personnel, including Guillen, returned opened, some with received stamps or internal-routing markings. At least one mailing sent to CDCR headquarters in Sacramento bore markings showing subsequent routing to the CDCR Archive Unit in Rancho Cordova. Unrelated outgoing mail was not similarly returned during this period.

34. Around Mar. 19–20, 2026, Plaintiff sent case-management and CIV-050 papers through institutional mail, including a mailing to FERREL that was returned apparently opened. The *Duran* docket later recorded a proof of personal service on FERREL by the San Diego Sheriff dated May 8, 2026.

**E. Responses to Scrutiny, Source Protection, and Amplification**

35. When persons investigated, reported, criticized, or pursued action concerning FERREL's activities, FERREL publicly confronted them or disclosed or sought personal information concerning them and their families. After challenging an investigator during a live broadcast, FERREL publicly identified the investigator and displayed his photograph. In another story, FERREL displayed a record-card image naming an officer and showing fields for an address, date of birth, and driver's-license number; Exhibit I masks those identifiers. FERREL also

publicized mailing an unsolicited copy of his self-published book to investigator Jessie Ferguson's doorstep. Exhibit A, rows A-030–A-034; Exhibit I.

36. FERREL also sought identifying information concerning persons he viewed as opposing or cooperating against him. While seeking information concerning officer Alex Robinson, he asked followers for Robinson's workplace and home location and stated: "Just wait till I get that fucking info, bitch. Golly, you're messing with the real one, bitch." In contrast, FERREL repeatedly assured persons supplying him information that he would protect their identities. He said, "I don't throw them under the bus," and that he would not reveal his sources. Exhibit A, rows A-032–A-034 and A-043–A-053; Exhibit I.

37. Before Plaintiff filed *Duran*, FERREL promoted his interview with former CDCR employee Angel Alex Duran (Exhibit A, row A-058) and introduced Duran to Wisenuts. The Wisenuts host thanked FERREL for the introduction, and Duran confirmed it. Duran publicly discussed alleged classification, mental-health, and misconduct information concerning Plaintiff, including information then at issue in Plaintiff's emergency interlocutory appeal concerning a mental-health waiver. These earlier events supply context for FERREL's relationships and amplification of Plaintiff-related material.

38. FERREL and Gunnerz Collective TV, which Plaintiff alleges is operated by formerly incarcerated Leonard Michael Vidaure of Portland, Oregon, exchanged favorable promotion before February 2026. FERREL encouraged viewers to watch and follow Gunnerz content concerning him. Around Feb. 19, 2026, during FERREL's public response to Plaintiff's lawsuit, Gunnerz published a video concerning the suit, characterized it as defamation, dismissed its prospects, and stated that Plaintiff should worry about "getting his cheeks clapped" by his next cellmate. Plaintiff alleges on information and belief that FERREL used these mutual-promotional relationships to amplify Plaintiff-specific targeting by proxy, as reflected in his earlier facilitation of Duran's appearances and Gunnerz's contemporaneous lawsuit-related attack.

39. FERREL's accounts drew participation from accounts publicly identifying as current or former correctional personnel, including comments bragging about or supporting violence against

inmates. Earlier exchanges included discussion or supply of nonpublic information. FERREL also displayed piñata imagery next to an inmate's CDCR Form 7219 while discussing an incident of force in which he had participated, and repeatedly urged officers to turn off their body-worn cameras and take care of inmates. FERREL interacted with, promoted, or protected some of these accounts or their operators.

**F. Continued Distribution and Plaintiff's Injuries**

40. During approximately August–September 2026, FERREL continued promoting CDCR incident material across his Instagram/Meta and YouTube accounts and directing viewers to his paid website. In separate recordings discussing watermarking of incident footage, he stated, "Nothing Stops me" and "There's always a way around something." He also discussed using other distribution channels if platforms restricted his accounts. Exhibit A, rows A-062–A-063; Exhibit G.

41. FERREL's lawsuit-related targeting caused Plaintiff humiliation, emotional distress, and fear of physical harm and adverse treatment in custody. In his earlier civil-rights action, *Asuna v. Brown*, Plaintiff alleged staff violence against him and violence against other inmates by officers identified in that action. Against that experience, the comments by accounts identifying as correctional personnel bragging about or supporting violence against inmates, and the conduct described in paragraphs 35–39, Plaintiff understood FERREL's appeal to correctional officers, control-booth endorsement, and fight imagery as encouragement of harm or mistreatment for pursuing litigation. The investigator targeting and doorstep-book conduct reinforced that meaning, and Gunnerz's next-cellmate statement heightened his fear. Display of his return-address information caused loss of privacy. The alleged mail interference caused delay and added burden in pursuing service.

42. Plaintiff remains incarcerated and 19CM-1882 remains pending. Continued publicity portraying his criminal matter and litigation to prison-focused audiences causes him to fear further custodial retaliation and prejudice to potential jurors in that pending case.

**G. Litigation Notice, Changing Asset Statements, and Alleged Transfers**

43. FERREL used separation language in 2024 and divorce or "ex-wife" language in 2025, while

other posts depicted continuing family activities and shared space. An Aug. 10, 2025 birthday photograph showed both parents with their child. During Sep.–Oct. 2025, FERREL's selected European travel posts presented father-and-daughter travel without depicting or mentioning Christina FERREL. Christina's Oct. 14 Fall Break post separately showed her with their child at the same destinations and overlapping activities without presenting FERREL as a fellow traveler. December 2025 posts separately presented child and holiday activities, while family-home images showed shared couch and gift-opening scenes and stockings bearing household initials. The family also participated in holiday rides. Later posts included a Feb. 14, 2026, image depicting both parents with their child and an Apr. 13 stadium/family post. Exhibit H summarizes selected dated posts.

44. Other posts in 2025 showed FERREL using the family-home pantry and decorating the home for Christina FERREL's birthday. He continued recording from the same room background. Throughout 2025 and 2026, FERREL also posted views described as "my view" or views from "my place" that showed the same distant skyline, consistent with a zoomed and cropped view along the line of sight from the family home's location and elevation. Plaintiff alleges these observations as circumstances bearing on his continued use of and access to the family home.

45. FERREL's Oct. 2025 references to an "ex-wife" and display of a "Dissolution (Judgment) Packet" preceded his Feb. 27, 2026, filing of *Ferrel v. Ferrel*, San Diego Superior Court No. 26FL002233S. On Feb. 18, he publicly responded to receiving Plaintiff's lawsuit papers. In a Feb. 20 recording, he again displayed the papers and discussed preparing paperwork for his lawyer. Feb. 23, during that lawsuit-response period, he also questioned why Plaintiff was suing him while describing himself as broke or without available money. The dissolution filing followed approximately nine days after his initial public response. The dissolution remains pending, with proceedings scheduled through Dec. 2026. Exhibit A, rows A-024, A-028, and A-067–A-069; Exhibit H.

46. After filing for divorce, FERREL continued describing financial restrictions. On Mar. 23, 2026, he stated: "In order for me to access those assets, I need to get fucking divorced, like I need that to be finalized then I can make my moves." He also displayed cash and discussed

valuable property and a luxury vehicle while continuing revenue-producing activities he identified with TORMENT TACTICAL LLC. Exhibit A, row A-071; Exhibits G and H.

47. Discussing bill collectors in a Jun. 25, 2026 recording, FERREL stated: "I'll wait till my divorce is finalized. You ain't getting shit. The thing about getting married is your assets are all tied up, man. On paper, I'm worth a lot of money." He said he and his wife purchased the home during marriage. In another recording, he said future proceeds from his work would belong to his daughter. On Jul. 12, he demanded sale of the home and payment of his share, and on Aug. 15 he discussed a possible listing and realtor. Exhibit A, rows A-066 and A-071–A-075; Exhibit H.

48. FERREL did not appear at a *Duran* case-management conference or file a response, after which the state court directed renewed sheriff service. The docket later recorded sheriff service on May 8, 2026. Later in May, FERREL posted images from Dubai and Jordan and said he was out of the country while still having filed no response. Exhibit A, row A-072, and Exhibit H summarize selected service and travel events. FERREL also announced foreign travel during pending hearing or response periods, dropped those announcements when hearings were rescheduled or cancelled, and renewed them during remand proceedings.

## V. CLAIMS FOR RELIEF

### COUNT ONE — FIRST AMENDMENT RETALIATION

*42 U.S.C. § 1983 — Against HECTOR FERREL, TORMENT TACTICAL LLC, and participating DOES 1–25*

49. Plaintiff's grievances and litigation challenging unauthorized disclosures were protected First Amendment activity. FERREL knew of that activity, recounted grievance contents, displayed the lawsuit papers, and identified Guillen as a co-defendant. On information and belief, the participating mail-handling DOES knew of the litigation from the papers they handled.

50. In his response to Plaintiff's lawsuit, FERREL addressed current correctional officers as "afraid to do your job," endorsed the comment that in the past Plaintiff's letter would not have left the control booth, and published fight-themed imagery featuring Plaintiff. He presented the suit to his prison-focused audience as arising from commentary about Plaintiff's criminal case.

In the context described in paragraphs 35–41, Plaintiff alleges that this conduct communicated a threat of adverse treatment in custody and encouraged others to act against him because he pursued judicial relief.

51. On information and belief, personally involved CDCR DOES used their official mail-handling duties to intentionally withhold, misroute, or return the identified litigation mail because of Plaintiff's lawsuit. This inference rests on the opened returns, internal-routing markings, Archive Unit routing, timing, and Plaintiff's report that unrelated outgoing mail was not similarly returned, as described in paragraphs 33–34.

52. Plaintiff's protected activity was a substantial or motivating factor in the alleged intimidation and mail interference. FERREL expressly connected his response to being sued, addressed current correctional officers, approved the control-booth comment, and told Chief Deputy Warden Guillen, who had previously denied Plaintiff's grievance concerning FERREL, to "keep it solid and not break." The identified mail events occurred during the same lawsuit-response period. That response followed the recurring sequence of protected activity and Plaintiff-specific publications described in paragraph 15.

53. The conduct alleged in this Count caused the injuries described in paragraphs 41–42 and would deter a person of ordinary firmness from pursuing grievances and litigation.

54. Intentionally obstructing litigation mail or jointly encouraging adverse treatment in custody because Plaintiff pursued grievances or judicial relief served no legitimate correctional, security, investigative, or administrative goal.

55. FERREL personally directed his Plaintiff-specific lawsuit response through media operations he publicly identified as belonging to TORMENT TACTICAL LLC. On information and belief, he exercised final authority over those operations and adopted the challenged publication and promotion decisions as the LLC's operating policy. Plaintiff alleges the LLC's liability through its participation, under FERREL's direction, in the joint retaliation described below.

## COUNT TWO — CONSPIRACY TO RETALIATE

*42 U.S.C. § 1983 — Against HECTOR FERREL, TORMENT TACTICAL LLC, and*

*participating DOES 1–25*

56. Plaintiff alleges on information and belief that FERREL, acting personally and through the LLC, and the personally involved CDCR DOES acted together to deter his pursuit of the lawsuit through intimidation and interference with the identified litigation mail. CDCR denied a grievance concerning FERREL in part because he was a former employee or outside its authority, as described in paragraph 18. FERREL nevertheless publicly recounted what he represented as the contents of a grievance alleging that officers retaliated against Plaintiff because of FERREL's publications, as described in paragraph 28. The source remains unidentified. The inference of joint participation rests on that Plaintiff-specific knowledge; FERREL's receipt of internal CDCR materials after leaving employment; his attribution of information to OIA and headquarters contacts; his acknowledgment that CDCR pursued current employees and his assurances that he would not identify suppliers; his requests for further internal records; and the lawsuit-specific statements, control-booth endorsement, and selective mail events described above.

57. The alleged acts furthering that objective included FERREL's repeated lawsuit-related publications through the LLC's media operations; his officer-directed appeal immediately after announcing Plaintiff's lawsuit, described in paragraph 29; his approval of the control-booth comment; his publication of fight-themed imagery featuring Plaintiff; and the alleged amplification by proxy described in paragraph 38. Plaintiff alleges that these acts encouraged or approved adverse custodial treatment for pursuing litigation. Participating CDCR DOES furthered the alleged objective through intentional interference with the identified litigation mail using their official duties.

58. This Count seeks joint liability for that constitutional deprivation, not recovery for a freestanding right to be free from conspiracy or a second award for the same injury.

**COUNT THREE — VOIDABLE TRANSFER**

*California Civil Code §§ 3439.04(a)(1), 3439.07, and 3439.08 — Against HECTOR FERREL, CHRISTINA FERREL, and transfer DOES 26–35*

59. Plaintiff holds disputed and unliquidated claims for payment against FERREL based on the

alleged retaliation in this action and earlier disclosure conduct at issue in *Duran*. Plaintiff is a creditor and FERREL is a debtor within the meaning of Civil Code § 3439.01.

60. Plaintiff understands that the marital home remains titled in both spouses' names and that the dissolution remains pending. On Mar. 7, 2026, FERREL nevertheless stated, "SHE NOW OWNS A 1.2M DOLLAR HOME" and "I JUST LOST A HOME." Based on those statements, Plaintiff alleges on information and belief that FERREL assigned or relinquished to Christina FERREL some portion of his economic interest in the home's equity or sale proceeds. FERREL later demanded sale of the home and payment of his share, as described in paragraph 47. The extent, terms, effective date, and method of the alleged disposition are presently unknown. Exhibit A, row A-070; Exhibit H.

61. Plaintiff alleges the dispositions described in this Count were intended to hinder or delay creditors, including Plaintiff. The circumstances include FERREL's receipt of Plaintiff's lawsuit, his Feb. 20 statement about litigation papers for his lawyer, the Feb. 27 dissolution filing, the Mar. 7 ownership statements, alleged family recipients, and his statements that creditors would receive nothing until divorce was finalized while he remained wealthy on paper. FERREL's public references to separation, divorce, or an "ex-wife", made during periods of investigative and legal process directed at his operations, contrasted with his continued appearances and activities with Christina FERREL and their child, use of the family home, and shared family vacation and outings, as described in paragraphs 43–44. Plaintiff alleges on information and belief that the public separation and asset-loss presentation was a sham intended to conceal continuing household benefits and portray the challenged dispositions as ordinary family arrangements. Exhibits A and H contain selected source excerpts and chronology entries.

62. FERREL stated that his channels and book operated under TORMENT TACTICAL LLC. In another recording, he stated, "Nothing belongs to me anymore" and "Everything from whatever I do on here forward it belongs to my daughter, right?" He further stated that he wanted to set his daughter up for success and provide her with financial flexibility or "wiggle room." Based on those statements, Plaintiff alleges on information and belief that FERREL

assigned his own entitlement to proceeds from his media work to or for the benefit of minor A.F., including proceeds arising from those rights. The extent, method, effective date, and recipient holding those rights are presently unknown. Exhibit A, rows A-020 and A-066.

63. This Count challenges the alleged dispositions of FERREL's own home-related and revenue interests, transfers implementing those dispositions, and qualifying subsequent transfers of the resulting assets or proceeds. Plaintiff seeks tracing and recovery of those interests through bank or brokerage accounts, stocks or other investments, business entities, trusts, nominees, custodial or educational arrangements, or other domestic or foreign holdings, subject to Civil Code §§ 3439.07 and 3439.08.

64. Transfer DOES 26–35 are alleged recipients of the rights or proceeds described above, persons for whose direct benefit the transfers were made, or qualifying subsequent transferees. Their identities and respective acts, and the private terms and implementation of the alleged dispositions, are within the knowledge of FERREL and the participants and are presently unknown to Plaintiff.

65. The alleged dispositions hindered or delayed satisfaction of Plaintiff's claims by removing or redirecting FERREL's own economic interests and proceeds that otherwise would have been available to satisfy those claims. The home-related claim concerns the economic interest FERREL allegedly relinquished.

66. Plaintiff seeks avoidance of the alleged dispositions and implementing transfers to the extent necessary to satisfy his claims and recovery of recoverable value from qualifying transferees or beneficiaries. He also seeks an injunction against further disposition, a receiver, or other provisional relief authorized by Civil Code §§ 3439.07 and 3439.08 concerning transferred assets or proceeds and other property of qualifying transferees, as permitted by those provisions.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests:

a. Compensatory damages of $750,000 under Counts One and Two against FERREL, TORMENT TACTICAL LLC, and participating individual DOE Defendants for Plaintiff's actual injuries

caused by the alleged retaliation, including loss of privacy, humiliation, emotional distress, fear for his safety, and harm resulting from interference with his litigation mail, with joint and several liability for injuries jointly caused and a single recovery for each injury;

b. Punitive damages under Counts One and Two in the amount of $700,000 against FERREL, $550,000 against TORMENT TACTICAL LLC, and $125,000 against each participating individual DOE Defendant, assessed separately against each defendant whose conduct establishes the required malicious intent or reckless or callous indifference to Plaintiff's federally protected rights;

c. Nominal damages under Counts One and Two if Plaintiff establishes a violation of his First Amendment rights without proving compensable injury;

d. Protective orders under Rule 26(c) restricting use and disclosure of Plaintiff's nonpublic records obtained in this action to litigation purposes; appropriate redaction or sealing; and orders under Rule 26(b)(5)(B) and Federal Rule of Evidence 502(d) preserving applicable attorney-client and work-product protections for inadvertently produced material;

e. Under Count Three, avoidance to the extent necessary to satisfy Plaintiff's claims; a monetary judgment of up to $750,000 against Christina FERREL and each qualifying transfer DOE Defendant, limited for each defendant to the amount recoverable under Civil Code § 3439.08, with all recoveries credited toward the underlying claims; an injunction against further disposition of transferred assets or proceeds and other property of qualifying transferees as authorized by Civil Code § 3439.07; a receiver where warranted; and other available provisional relief;

f. Discovery, tracing, and valuation to identify the challenged dispositions, recipients, proceeds, and recoverable value; and, after judgment, discovery and enforcement under Rule 69 against nonexempt assets and interests, including property recoverable from qualifying transferees under Count Three;

g. To the extent the evidence developed in this action warrants it, referral of evidence of potential federal criminal conduct to the United States Department of Justice or other appropriate federal authorities for independent review, including evidence concerning unauthorized acquisition,

dissemination, or commercial distribution of confidential government records across state lines; concealment, alteration, destruction, or other interference with evidence; and any coordinated conduct with State actors that may fall within federal criminal jurisdiction. Plaintiff requests independent federal review in light of the California Attorney General's representation of State defendants or potential State-actor defendants concerning the conduct at issue.

## VII. JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.

October 01, 2026

p.p. Jamie Osuna

## EXHIBIT A

Source Quotations by Subject

| Item | Source and time | Quotation or record description |
|---|---|---|
| **Institutional Access and Policy Knowledge** | | |
| A-001 | https://www.youtube.com/watch?v=EqSLQOcUrSQ 7:52 | "I was at Donovan. What I used to do, believe it or not, um, I used to look into all the heavy hitters that were in Pelican Bay and in the SHU Corcoran, and I literally went through all of them. Damn Hector! Like that? I went through every single heavy hitter C file and read all their confidentials and read everything about every one of them. Why? Because I wanted to study my enemy, okay? Then I went, it's kind of like reconnaissance, then I went to CSP-SAC PSU. I never worked in a PSU." |
| A-002 | https://www.youtube.com/watch?v=Y7wtEkCuSEE 5:58 | "And not to mention, I had access to the SOMS, ERMS. I read...thousands and thousands of fucking incident reports with pictures, debriefings, confidentials. Anything I could read, I read--on anybody who needed to be read and everybody, right? So, I kind of know what I'm talking about." |
| A-003 | https://www.youtube.com/watch?v=9XZpNQR4ZfI 21:57 | "But as a result of being in those positions, man, I got exposed to the administration, you know what I mean? I was sitting behind a lot of closed door meetings with the higher ups." |
| A-004 | https://www.youtube.com/watch?v=6mo8PHQ_nTM 3:49 | "The California Department of Corrections and Rehabilitation they have what's called a public information officer, a PIO. Basically, what they are is and for, for each prison if something happens that's newsworthy or that has to be put out to the media--that is the job of the public information officer, the PIO. At one point I was in that role." |
| A-005 | https://www.youtube.com/watch?v=Gne3klRm_4A 38:39 | "I would know because I was a PIO--the public information officer--that little briefcase was in my office. I had to make sure it was nice and neat; all the phone numbers were updated to the bigwigs in Sacramento." |
| A-006 | https://www.youtube.com/watch?v=U2lYiOsNm78 13:46 | "HIPAA is when your medical files are supposed to be, like, confidential to the fucking world." |
| A-007 | https://www.youtube.com/watch?v=kxfYpIobSLA 26:32 | "Because of HIPPA violations I cannot say that [Plaintiff has a medical condition]... I can't say whether he does or does not." |
| A-008 | https://www.youtube.com/watch?v=yWTuRE50HrY 29:02 | "You better learn the Title 15, DOM. You better memorize that motherfucker or at least know where to find certain things that you're looking for. Highlight it. …Title 15, DOM, Penal Code, case law, *Graham v. Connor*, use of force policy, body warn camera policy, AVSS policy, Disciplinary Matrix." |
| A-009 | https://www.youtube.com/watch?v=TF4onhD5yrw 2:53 | Re his self-published book ban within CDCR: "It had the Title 15 section as to why my shit is banned within the corrections. So, I sent that to my dad and my mom… And I just sent that to my ex-wife and she just responded with, 'Wow.' Okay. A clip shot, a snapshot, a screenshot of the fucking thing. Title 15, section 30006 D presents a serious threat to facility security or the safety of in inmates and staff." |
| A-010 | https://www.instagram.com/stories/hectorbravohq/3882575212025317745/ April 24, 2026 | "Let me tell you what the best thing about being a correctional lieutenant for the CDCR is: I know all about due process, I know all about litigation, I know all about evidence, I know all about articulating, I know all about supporting claims. Motherfucker can't lose, baby." |

| Item | Source and time | Quotation or record description |
|---|---|---|
| **Planned Departure, Business, and Public Role** | | |
| A-011 | https://www.instagram.com/hector__bravo/reel/DIzGDhpzZhn/ | "They'll figure a way to get you in a jam and fuck you over and strip everything from you. Your retirement, you know, tarnish you. But I was so quick to the punch, bro. I planned this shit like a year out. I planned this whole exit strategy." |
| A-012 | https://www.youtube.com/watch?v=BTPR5q0rtN8 1:24:58 | "I pre-planned this. I know we were talking about why did I go by Bravo--that's my middle name, and...I'm not, I'm not impulsive right? I strategically planned my exit, you know? I opened up an LLC." |
| A-013 | https://www.youtube.com/watch?v=Dca-TLPgit4 52:16 | "I planned my exit from CDCR about a year out--a year out, four months, behind the scenes. I was able to work behind the scenes for four months before anybody knew what I was doing. I had already built a website. I had already took professional photographs of me and some tactical clothing. I had already opened up my business. I had already started my YouTube channel. I already started my Instagram Hector Bravo. I had all did all this under the Alias of Hector Bravo cuz my middle name is Bravo." |
| A-014 | https://www.youtube.com/watch?v=I1ueOK7Q_sU 46:12 | "I need you guys to see the chess board and the and the moves being made, right? I don't need you to focus on the pieces, right? In other words, what I'm trying to tell you, warriors, is do not focus on Hector Bravo, the piece on the chessboard, and do not focus on Jeff McCumber, the opposite piece. Right? I need you to look at the moves that have been made." |
| A-015 | https://www.youtube.com/watch?v=sy56x2O06B0 17:45 | "I definitely run circles around them out here because there's no chains. There's no restrictions. You can't enforce policy and procedure on me out here." |
| A-016 | https://www.youtube.com/watch?v=2WIGv85nbrk 00:01:34.350 | "I'm going to say it, make it official. I never did consider myself a whistleblower, but in order to protect myself from retaliation through the whistleblower act, oh yeah, I'm a whistleblower, man." |
| A-017 | https://www.youtube.com/watch?v=BTPR5q0rtN8 1:26:17 | "It's like, hey you left me no choice but to be quote unquote whistleblower, which is also a whistleblower act that protects people. So, I'm kind of running with that, too, like, hey ma--I'm a journalist, I'm a whistleblower, I'm a civilian." |
| A-018 | https://www.youtube.com/watch?v=nXFQFVmGs5c 2:07 | "I don't know if you want to call it like whistle blowing, but I pretty much just bounced, bro." |
| A-019 | https://www.youtube.com/watch?v=nXFQFVmGs5c 1:22:31 | "[FERREL's self-published book] ...is a guidebook. I also blew the whistle in there, too, cuz I attached, um, emails of the corruption and memorandums and text, uh, screenshots in the book." |
| A-020 | https://www.youtube.com/watch?v=5glKPSfYjRA 1:01:03 | "Everything is under my LLC...these you, YouTube channels are under the umbrella of the LLC....my book is under that LLC…you can do a thing called DBA 'doing business as,' so you can have your main LLC, which mine is Torment Tactical, and every other thing underneath it." |
| **Publications Concerning Plaintiff and Statements During the Lawsuit Period** | | |
| A-021 | https://www.youtube.com/watch?v=uS0TiqlehIA 49:20 | "'Hey Hector, I think it's hilarious that Jaime Osuna keeps 602ing you.' ...Did he 602 me again? ...I keep telling that little guy, man, no disrespect, Jaime, I'm your friend, bro...I'm your friend even though you go convicted...and I did see [19CM-1882] pictures...so a couple months ago, somebody's like, 'Hey, dude, Osuna 602ed you.' I'm like what the hell? No, he didn't. They're like, 'Yes, bro, yes he did.' It was in November. We're in December right now. He said in the 602 that because I mentioned his name on this YouTube shit, that the officers are now retaliating against him." |
| A-022 | https://www.youtube.com/watch?v=vXIDFeNfjsk 1:38:42 | "Osuna doesn't--I don't even want to speak on Jaime Osuna cuz that guy filed a 602 on me fucking last month. I'm not even an employee of the, the state; motherfucker is filing 602s on me." |

| Item | Source and time | Quotation or record description |
|---|---|---|
| A-023 | https://www.youtube.com/watch?v=CGsoLRpmPUg 12:53 | "I don't want to even speak on Jamie Osuna, man. That guy tried to 602 me. I'm a fucking civilian, bro. I don't know who's worse. Jamie, you're my best friend, too. Jamie, come here. Let me give you a hug, bro. I heard you're about 5 foot one. No disrespect. Let me give you a hug, Mijo. Let me fucking hold you like your mommy didn't hold you when you were young. Get on my teat, baby boy. 'Get on your teat, Hector?' Somebody needs to breastfeed that motherfucker." |
| A-024 | https://www.instagram.com/stories/hectorbravohq/3835695351832083159/ https://www.instagram.com/p/DU7HH5IEbRY/ | "My daughter's swimming and my ex-wife says like, 'Hey you got a letter in the car; it's not good.' I'm like 'What is it? Go get it.' She brings it … motherfucker filed a lawsuit against me. Man, this is what pisses me off about you fucking current correctional officers--you're fucking afraid to do your job. You continue to pay your union dues. You'd rather watch reels on YouTube to try to learn how to put handcuffs on an inmate or how to approach an inmate respectfully--you're a fucking bitch, bro. This is the reality of your fucking job, dude. If you don't have big nuts, a strong back, a moral compass, this fucking place will eat you alive. Now, me, I'm going to go back and watch my daughter swim. This fucking piece of shit and for the rest of you fucking piece of shits, good riddance. That is a fucking toxic hell. Love you. Keep pushing forward." |
| A-025 | https://www.instagram.com/stories/hectorbravohq/3835719414738667623/ | FERREL referenced Plaintiff's pending 19CM-1882 case and lawsuit: "I got sued by the boogeyman. . . . Tell me that doesn't make me a badass. . . . I'm going to be at the Battle of the Badges in Visalia. If you work at Corcoran, just keep the botellas coming. . . . 'Hey, you, CO, come here. Bring me something to drink, man.' . . . when Big Jefe steps in the building, I own that motherfucker." |
| A-026 | https://www.youtube.com/watch?v=d6Gc4iZKmFI 2:00 | "Why did he sue you? He's talking about Jaime Osuna. That motherfucker. He's going to get paid." |
| A-027 | https://www.youtube.com/watch?v=d6Gc4iZKmFI 5:47 | "Everybody keeps asking me what Jaime Osuna is suing me for, five minutes in. Okay, let me [snorts] let me tell you guys something. If I'm an inmate in the California Department of Corrections, I can sue anybody for anything, right? I can say I got a broken cookie. The inmate, the officer, broke my cookie on purpose and I want $10 million. The state's going to pay him. The state's going to pay him. Jaime Osuna is allegedly suing me. Actually, he is suing me because I made a video on YouTube talking about how a homicide like that could occur within a prison setting. Totally within my realm, totally within my expertise, based on facts. So, the dude's tripping. The little fuck is tripping. Straight up." |
| A-028 | https://www.instagram.com/stories/hectorbravohq/3836863430741532659/ | "Look, I was just going through all my paperwork right here, about to send it to my lawyer" … "I've been fucking overwhelmed with paperwork and litigation". Addressing correctional officers, he said, "You guys are afraid you guys are afraid" and "You guys would rather laugh at memes than face your reality." |
| A-029 | https://www.instagram.com/p/DU8kOlzCase/ | "That vato CDW Art Guillen is my Co-Defendant in our Osuna Lawsuit. That foo better keep it solid and not break" |
| **Responses to Critics and Investigators** | | |
| A-030 | https://www.youtube.com/watch?v=PzzZqxOwY-Y 00:11:35 | "Ferguson is a snake. Had a bad feeling from him the first time I met him. Fuck Ferguson. I hope he likes my fucking book that I sent to his pad, motherfucker. Don't you ever forget who runs this fucking show. I do, bitch. You're just a special agent, faggot. You're just a special agent, faggot. You're just a special agent, faggot. That's it, homie. When you retire, you're still going to be a has-been, a nobody, a fucking worthless fuck. When people see you at Costco, they're going to say, 'Hey, wife, you see that motherfucker right there? That's a fucking scumbag. That's a fucking piece of shit.' Hey, Ferguson, you're better off moving back to Texas, you fuck, where nobody knows you. But unfortunately for you, people in Texas watch me, faggot." |

| Item | Source and time | Quotation or record description |
|---|---|---|
| A-031 | https://www.youtube.com/watch?v=ipDEcYqvjMY 14:42 | "Willie Soto. Remember that name? Fucking coward. Willie Soto, a special agent for the Office of Internal Affairs. Used to work at Salinas Valley State Prison. Was a bitch then, is a bitch now. He fucking falsified, committed perjury on search warrants. You know what this dumb bastard did? He went to Salinas Valley State Prison and he confiscated illegally the personal cell phones of two lieutenants, two sergeants, and six COs, a total of ten cops." |
| A-032 | https://www.youtube.com/watch?v=R62HcfwINws 00:05 | "If you haven't had that bitch ass CO Alex Robinson, smash the subscribe button, go and have his bitch ass smash you right now. Also, if you guys will please let me know where he works and where he lives. Thank you." |
| A-033 | https://www.youtube.com/watch?v=R62HcfwINws 10:54 | "Alex Mark Robinson. Just wait till I get that fucking info, bitch. Golly, you're messing with the real one, bitch." |
| A-034 | https://www.youtube.com/watch?v=I1ueOK7Q_sU 57:56 | "Where's that fucking bitch? That bitch? He works at Mule Creek State Prison. Robinson. Alex Robinson. Where's that fucking bitch. Hey, if any of you guys are correctional officers, right? And you guys work at Mule Creek State Prison and you know who I'm talking about. The guy's name is Alex Robinson. Keep your eye on that motherfucker.... Nobody checked them. Nobody checked them early on in their fucking career." |
| **Continuing Sources and Protection of Their Identities** | | |
| A-035 | https://www.youtube.com/watch?v=s58iEYNPLAA 00:27:26 | "I have people, my little birdies inside the prison system." |
| A-036 | https://www.youtube.com/watch?v=m4EyAf5vPXA 05:33 | "Now, do I have sources everywhere? Everywhere." |
| A-037 | https://www.youtube.com/watch?v=SgZkq9eJt6I 37:03 | "You actually have some good fucking people. One, you have, like, one good person in every fucking upper echelon rank. Solid motherfuckers, too. Cuz I know who they are. They know who I am. But I protect them, right? Because I protect people." |
| A-038 | https://www.youtube.com/watch?v=fVzU5GAnbF8 approx. 00:05:17 | "You don't think I fucking talk to OIA agents—senior fucking special agents, you idiots? You don't think I talk to people in headquarters? Who the fuck do you think is giving me the information, you, you fucking idiots?" |
| A-039 | https://www.instagram.com/p/C56cUtsP2gL | "Hey, someone forward this to CDCR headquarters, Sacramento. I know I got some moles in here. Moles, hey, stop trying to figure out who's giving me information. Okay, look to your left, look to your right. Some of them are giving me information, right? Some of them closest to you. Not everybody's a fucking bitch, lame, and coward. Some people want to do the right thing. Secondly, don't you fucking worry about that. Worry about the administrators that keep giving up. The warden of CSP SAC. The Warden of Donovan. Where else? You got CMF, too. Hey, worry about that. Right? You are only digging a deeper hole for yourself. Trust me. And for those that may or may not be giving me information, protect yourself. Protect yourselves at all costs. You have two options. One, you guys can flood me with more information so we overwhelm these motherfuckers. Or two, you pull back and protect yourselves." |
| A-040 | https://www.youtube.com/watch?v=x7Pp8qYAKuA 00:25:06–00:25:15 | "…sent me all the RVRs, the rule violation reports, all the confidential information, the 7219 of some victims and the incident reports." |
| A-041 | https://www.youtube.com/watch?v=NCcwBnCovak&t=88s 00:01:31 | "And again, if you guys keep--continue to send me the, uh, 837, I can do you guys justice." |

| Item | Source and time | Quotation or record description |
|---|---|---|
| A-042 | https://www.youtube.com/watch ?v=ZBOhMFS5XdQ 0:30 | "I'm going to make it as clear as possible. If you want to fix a department, okay, what you guys need to do is send me the incident packet. 'Oh no, Hector, we're not going to do that.' Then don't fix the department. Continue to get slaughtered." |
| A-043 | https://www.youtube.com/watch ?v=Gne3klRm_4A 30:41 | "And I've told people on here before, I will never get anybody in trouble...I never reveal my sources, right? I will never do that shit." |
| A-044 | https://www.youtube.com/watch ?v=m4EyAf5vPXA 5:59; 6:34 | "I never anticipated that CDCR was going to come after their current employees, right? Had I known that from the start, this is looking back in hindsight, um, I would have done some changes on my part. Again, I've always done everything in my power to protect the people, my troops, the troops. So much so that I have never thrown anybody under the bus." 6:34: "I will never tell it. I will never tell it." |
| A-045 | https://www.youtube.com/watch ?v=VF1TnEgdSDs 2:27 | "Salinas Valley State Prison--let me know if they just--well, never mind. Don't let me know nothing. You got your fucking full name on there. My advice to you would be, create an alias. Don't let me know nothing. I'm good, bro. I got to protect those people...I don't throw them under the bus." |
| A-046 | https://www.youtube.com/watch ?v=sJUO2rnY_Ys 9:14 | "Step up. 'Well, Hector, we don't know how to step up.' Yeah, you do--send me all your information to torment tactical Gmail dot com. Send me all your information to, uh, my Instagram. Everything is confidential, Trust me--nobody will get got." |
| A-047 | https://www.youtube.com/watch ?v=qKgMbI9jebg 15:33 | "Please let me tell you guys something, man. Lately you guys have been talking to me and say, 'hey man keep me anonymous.' You guys understand how you guys understand I will fucking die before I ever open my mouth, right, on any of you guys. Like you guys have to understand my loyalty, okay, and my boundaries, my limits, and my belief system, my code, my honor--I will never, never put any of you guys in a bad fucking place or a bad spot...I always think five steps ahead of the game--can this come back to the individual that I'm talking to and, if so, how, and if it can then, then it we won't be talking about it, okay? I'm going to protect you at all time. I'm protecting you guys without even knowing that you're protected." |
| A-048 | https://www.youtube.com/watch ?v=yryXvluXEng 21:03 | "So, if anybody--there's one-hundred-forty-one Warriors watching--has anything they would like to send to me immediately through means of one of my ten cellular device phone numbers, any three of my emails, if you want to pay your role in this, right--because I can't make stuff out of thin air. I have some stuff, but I don't have it all, right? This is God asking me to ask you to do some leg work, right? All you got to do is forward that shit. Everything is confidential. Trust me, anybody tries to interrogate me, torture me to get information out of me--it ain't happening, right? It ain't happening. I will never speak." |
| A-049 | https://www.youtube.com/watch ?v=LsJivkRwSWY 7:48 | "Any prison-related videos, stabbings, riots, all the mayhem, right--shoot them over to my Instagram, Hector underscore, underscore Bravo. I'm working on something, right? all admissions will remain anonymous, right? To not get anybody caught up in a wreck." |
| A-050 | https://www.youtube.com/watch ?v=M-6l8o5nLoA 8:07 | "Remember, you either talk to Hector or you get stabbed, really, because the only thing that's going to cause change is exposure, right?...Apparently, I'm motherfucking just doing it all from you guys, from this fucking chair right here. Go to proton mail. Go to proton mail dot com. Everybody that's watching this channel, go to protonmail.com. All right, you listening? Make a fucking anonymous email, okay? When you get that fucking fake anonymous email, listen to me. I know you're scared, trust me." |
| A-051 | https://www.youtube.com/watch ?v=qqiTcZ5rCJk 22:56 | "If you haven't already signed up for that Patreon, make sure you hit that link in the description below. You're definitely missing out. I got some new footage for you guys. Just got to figure out how to edit it, right? To secure the sources." |

| Item | Source and time | Quotation or record description |
|---|---|---|
| A-052 | https://www.youtube.com/watch?v=ipDEcYqvjMY 18:22 | "Don't you ever give CDCR your fucking personal cell phone information. Don't you ever fucking do that...My other advice, and I've been talking to a lot of cops, is go buy a burner phone...When I left the department, I knew that I had to get other means of communication because I'm not going to put anything past the department. I went out and I got a--a couple burner phones...What did it look like, and how did I do it...Don Garrett DG3 is still around from California CDCR Fired Up, but he made a good episode about go getting fucking burner phones, right? It's an easy fucking process. This is what a lot of COs are saying. They're just going to go get a fucking burner phone from Walmart, wherever, and give that information to the prison." |
| A-053 | https://www.youtube.com/watch?v=wJToZpJoJfs 7:10 | "We got each other on...one of the apps that's encrypted so the fucking alphabet boys can't be paying attention to us." |
| **Distribution, Sales, and Platform Changes** | | |
| A-054 | https://www.youtube.com/watch?v=XMa1klL5OTI 00:21:59 | "When I talked about the inmate at Corcoran--that inmate Dominguez...I had a fucking evidence...I had the fucking the fucking picture..." |
| A-055 | https://www.youtube.com/watch?v=dU6swtfqNNY 17:35 | "Number one, that's how the fuck you ask me, 'Hey Hector, like I noticed you're selling these videos. Is, is there a reason why you're charging for them?' Well, yeah, dude. If I were to post them, like, on Instagram or on YouTube, that'll shit will get flagged and shut down. Number two, the fact that my Patreon got shut down and YouTube has been fucking invaded by evasive, illegal search warrants--I, Hector Bravo, had to pay money out of his own fucking pocket--that I don't have--to create a fucking website to expose the fucking truth to help you motherfuckers out. You fucking assholes." |
| A-056 | https://www.youtube.com/watch?v=5UsH-QWaAsM 33:21 | "Hey! Some of you motherfuckers unsubscribed for the Patreon. Today, in the evening, what I'm going to post is the video of the Mule Creek Correctional Officer getting stabbed in the fucking throat. Yeah, I have it. Yeah, I have it. I, motherfucker, H--I have access to everything, motherfuckers." |
| A-057 | https://www.youtube.com/watch?v=MBDAwsF_Q_c 4:16 | "You had the fucking officer get his fucking throat slash--go to the Patreon. You'll see it--the video and the picture." |
| A-058 | https://www.youtube.com/watch?v=9AUKH081SJ8 0:15 | "If you haven't signed up for that Patreon, I uploaded that interview with the former Lieutenant Alex Duran. It's on there, the whole length episode if you want to get a preview before it hits the mainline...I provide a service for you guys, man. And if you guys want to help contribute to the cause, please hit the, uh, link in the description below and sign up." |
| A-059 | https://www.youtube.com/watch?v=vDlWeI8eRLA 4:11 | "I had one motherfucker say, 'If you're all about exposing the truth, why do we have to pay for your website?' Hey, you fucking cheapskate motherfucker, I'm over here doing the fucking Lord's work. That takes time, resources, energy....For the record, everything and anything is free on the Instagram and on the YouTube...Now, the membership, the website is to help support the mission and to see exclusive content." |
| A-060 | https://www.youtube.com/watch?v=RS4KzxfMkbc 12:00 | "Hey Warriors, if you haven't already signed up for our all new website, Hector Bravo show dot com, make sure you sign up at the link below, Hector Bravo show dot com to watch explicit, uncensored, never-before-seen prison footage." |

| Item | Source and time | Quotation or record description |
|---|---|---|
| A-061 | https://www.youtube.com/watch?v=TF4onhD5yrw 5:25 | "CDCR is in full, full panic mode, fool. They're doing everything...up to including breaking the law, violating officers POBAR rights, that's a fact, in an attempt to silence me. Now, let me rephrase that. In an attempt to silence me--there is no way--CDCR, Jeff, Gena Jones...there is no way you could ever silence me at all....There is nothing you have done or can do moving this past this date, August 20, 2025. There's no action that you can take that could stop what I have created. I'll let you sit and think about what I just said. There is not a fucking thing you can do to stop what has already fucking began." |
| A-062 | https://www.youtube.com/watch?v=i3Ztx9I12Ww 7:38–8:20 | "'They made watermarks on the videos at work.' Ghost makes a good point. Everything I've ever done out here on the YouTube for you guys, CDCR has made some major attempts to silence me in one way or another. By giving fucking training on 'do not interact with Hector Bravo,' telling their captains not-- to tell the officers not to talk to me. Then I was putting some good juicy footage on the Patreon of ...AVSS body worn camera. Little assholes body watermarked everything. It's not going to stop me. Nothing Stops me. You can't stop me, man, I got a criminal mind. There's always a way around something." |
| A-063 | https://www.youtube.com/watch?v=_8QqXSGkWAk 00:47:07–00:47:15 | "In case my YouTube gets shut down, which I kind of foresee in the future, I still got all you guys. We'll just move somewhere else or we'll migrate somewhere else." |
| **Household, Property, and Travel** | | |
| A-064 | https://www.youtube.com/watch?v=FZwV0swmL2c 00:04:59 | "My wife knows that story... everything I say on this channel gets brought up to me on a daily basis" |
| A-065 | https://www.youtube.com/watch?v=LnnUZBEhCo8 00:27:03 | "I told you my wife watches this shit. You know what's fucked up is that when you're separated from your wife and she still has you by the coonies." |
| A-066 | https://www.youtube.com/watch?v=-BfhUPZ7sdA 00:40:14 | "Nothing belongs to me anymore. Everything from whatever I do on here forward it belongs to my daughter, right? I want to set my daughter's up future for success. Um, I want to make sure that my daughter has the, uh... the ability and the freedom to be able to have some wiggle room. So, I'm trying to, I got to set my daughter up. She's only seven." |
| A-067 | https://www.instagram.com/p/DPnNWj2kTc5/ https://www.youtube.com/watch?v=lISW5vsd75U https://www.instagram.com/p/DPrPadDkRZA https://www.instagram.com/hector__bravo/p/DOHqk0yCZx9/ Oct. 9-24, 2025 | Chronology record: FERREL described another search warrant, said "My ex told me" about an OIA package or letter, displayed a "Divorce Packet + Search Warrant," and said OIA agents "continue to harass my family and I." See Exhibit H. |
| A-068 | https://www.youtube.com/watch?v=ccmmBYO6iHU Feb. 26, 2026 | Chronology record: FERREL stated, "I'm currently married, right? I picked up another divorce paperwork packet... I cannot make any fucking financial decision. Any which way. I can't sell the fucking house. I can't pull my retirement." He said the divorce "is going to have to go through in order for me to free myself of my chains." |
| A-069 | Feb. 27, 2026 | Chronology record: San Diego Superior Court records show FERREL filed *Ferrel v. Ferrel*, No. 26FL002233S. Later entries include property and income-and-expense declarations. |

| Item | Source and time | Quotation or record description |
|---|---|---|
| A-070 | https://www.instagram.com/p/DVluqvwjgP3/<br>Mar. 7, 2026 | Chronology record: FERREL posted, "WHEN I FIRST MET MY EX, SHE WAS RENTING A ROOM IN NORTH PARK. SHE NOW OWNS A 1.2M DOLLAR HOME. HOLLA AT A REAL ONE! THE REAL ONE BEING MY EX. I JUST LOST A HOME." |
| A-071 | Mar. 23, 2026 | Chronology record: FERREL stated, "my biggest obstacle right now is my divorce"; "on paper, I'm worth a lot of money. Like, I have a lot of assets"; and "In order for me to access those assets, I need to get fucking divorced, like I need that to be finalized then I can make my moves." |
| A-072 | https://www.youtube.com/watch?v=9Z8aSjfy7SU<br>May 19, 2026 | Chronology record: Asked whether he was out of the country, FERREL stated, "Yeah, bro. I'm out of the country." |
| A-073 | https://www.youtube.com/live/JB410GbLWig | "It's always these fucking bullshit ass fucking bill collectors. I don't even answer the bill collectors' calls. They can get their money when I go through my divorce. I am rich on fucking paper.... I'm going to invest my money in the stock market...I'm going to go buy some real estate property." |
| A-074 | https://www.youtube.com/watch?v=VvYx679fv4Q<br>Jun. 25, 2026; 00:14:21–00:15:03 | "I got the bill collectors calling me. I tell them, don't call me. I'm not going to answer. Don't call me. I'll wait till my divorce is finalized. You ain't getting shit. The thing about getting married is your assets are all tied up, man. On paper, I'm worth a lot of money." |
| A-075 | https://www.youtube.com/watch?v=33UcojxN85I<br>Preserved Aug. 19, 2026; approx. 00:25:43 | Chronology record: FERREL stated, "I know I have said some not so nice things about my situation with my divorce. I know that, right? All of that was strategy in order to speed up the process and get the motherfucking final divorce stamped approved." |
| **2024 Legal-Process Response** | | |
| A-076 | May 31, 2024<br>https://www.instagram.com/hector__bravo/p/C7pWRsUSOB6/<br>https://www.instagram.com/hector__bravo/reel/C7pXadcy7V-/ | The displayed Google notice stated that Google received CDCR legal process on May 13, 2024. In a separate warning reel, FERREL stated: "The closer they get to me, the worse is gonna be for them." |

**EXHIBIT B**

| Entry | Dated event or court record | FERREL publication |
|---|---|---|
| **WIND / CCWF — No. 1:25-cv-00266-JLT-HBK** | | |
| B-01 | Dec. 2, 2025: stipulated protective order, ECF 46. | Dec. 12: said he received CCWF video and related material. https://www.youtube.com/watch?v=d1oHFUgPaxg Dec. 14: advertised members-only footage. https://www.youtube.com/post/Ugkx6HGRaz7nl-5e8-PZukUa_voVWATd4rck |
| B-02 | Dec. 18: action stayed for early ADR, ECF 48. | Dec. 18: discussed video and OIA audio; said he had OIA interviews; OIA videos posted to FERREL main and alt. account: California Uncensored. https://www.youtube.com/watch?v=HfRNp_UpGo4 |
| **MENDOZA / YOUNG — No. 5:25-cv-10320-SVK** | | |
| B-03 | Jul. 30, 2025: estate presented a California government claim, per its later complaint. | Aug. 3: linked incident video and disputed CDCR's account. https://www.youtube.com/watch?v=a7MUxisTgeQ |
| B-04 | Dec. 1: Mendoza estate complaint filed. | Dec. 7–8: discussed Mendoza and Young; displayed related imagery. https://www.youtube.com/watch?v=uQKmx28mI5g |
| **DOMINGUEZ / CORCORAN — Kings County Nos. 24CM2560 and 24CM2265** | | |
| B-05 | Sep. 4, 2024: CDCR reported the Sep. 3 officer incident. | Sep. 5: claimed an injury photograph and case-specific sources; later marketed footage. https://www.youtube.com/watch?v=3muKUrHlKV8 |
| B-06 | Apr. 2025: FERREL described a Corcoran ISU search concerning his publications. | Apr. 17: reposted Dominguez footage, blaming investigators. Exhibit E; https://www.threads.com/@hector__bravo/post/DIkyPtMx4tX Apr. 18: displayed Google's notice of its response to CDCR legal process. https://www.instagram.com/hector__bravo/p/DIl2axwJckm/ |
| **REAGAN / HIGH DESERT — No. 2:25-cv-03429** | | |
| B-07 | Jun. 11, 2025: CDCR announced an investigation of Reagan's Jun. 10 death. | Jun. 11: addressed the incident. Aug. 17 and 27: promoted or linked footage to paid content. https://www.instagram.com/hector__bravo/reel/DNdhBzWRscW/ |
| **PUBLICATIONS BEFORE THE REVIEWED CDCR RELEASES** | | |
| B-08 | Jul. 17, 2024: CDCR published its corresponding release. https://www.cdcr.ca.gov/news/2024/07/17/cdcr-investigating-deadly-force-incident-at-salinas-valley-state-prison/ | Jul. 13: FERREL discussed the incident, including a Mini-14 and approximate time. https://www.youtube.com/watch?v=ikkioE0bSOc |
| B-09 | Nov. 3, 2025: CDCR published its corresponding release. https://www.cdcr.ca.gov/news/2025/11/03/pelican-bay-state-prison-officials-investigating-the-death-of-an-incarcerated-person-as-a-homicide-2/ | Nov. 2: FERREL discussed the incident and asserted gang-affiliation information. https://www.youtube.com/watch?v=u_xTe3sJYhg |

# EXHIBIT C

## Plaintiff-Specific Publications

C-01 Feb. 2026




C-02 Feb. 2026



C-03 Feb. 18, 2026




C-04 Feb. 2026



C-05 Mar. 2025




C-06 Mar. 2025




C-07 Mar. 2025




C-08 Jun. 2024




C-09 Sep. 2023




Selected source accounts: https://www.instagram.com/hectorbravohq/ ; https://www.instagram.com/hector__bravo/ ; https://www.youtube.com/@thatprisonguard/ .

**EXHIBIT D**







https://www.instagram.com/p/DU8kOlzCase/

## EXHIBIT E




hector__bravo Thank you Corcoran ISU for violating my Fourth Amendment rights. Your so-called "evidence" is now baseless.

Even worse? As employees of the Department, you just violated the confidentiality of the victim you claimed to protect.

Congratulations—your incompetence just nuked your own case.

#CorcoranISU #CDCR #FourthAmendment #DueProcess #CivilRights #ExposeTheTruth

20h

https://www.instagram.com/p/DIkvJr8RYx2/

**EXHIBIT F**

www.instagram.com/p/DU7HH5IEbRY/




hectorbravohq
Original audio

wj7gallo Back in the day, That letter wouldn't have made it out of the control booth. 🚽 😂 😂
4m 1 like Reply

hectorbravohq @wj7gallo EXACTLY
1m Reply

Hide replies

classyt024 Well said bro! 😮
57m 2 likes Reply

bigals1 Real talk bro
1h 2 likes Reply

kianahh2112 That's wild
1h 3 likes Reply

View replies (1)

mikesmith4105 Not sure you can share but suing you for what

Liked by cdcrfiredup and 236 others
1 hour ago

Add a comment... Post

wj7gallo Back in the day, That letter wouldn't have made it out of the control booth. 🚽 😂 😂
4m 1 like Reply

hectorbravohq @wj7gallo EXACTLY
1m Reply

https://www.instagram.com/p/DU7HH5IEbRY/

# EXHIBIT G

Panel 01




Panel 02




Panel 03




Panel 04




Panel 05




Panel 06




Panel 07




Panel 08




Panel 09



Panel 10



Panel 11




Panel 12




Panel 13



Panel 14




Panel 15



Panel 16




Sources: https://hectorbravoshow.com/members-only/ ; https://www.youtube.com/@thatprisonguard/ ; https://www.instagram.com/hector__bravo/ ; https://www.instagram.com/hectorbravohq/ .

**EXHIBIT H — SELECTED CHRONOLOGY**

| Date / process | Public presentation or dated event | Source |
|---|---|---|
| Jan.–Mar. 2024 | Family outings, date-night and anniversary posts, and family photographs. | Instagram/Facebooks Jan. 14–Mar. 16. |
| May–Jun. 2024 · process | May 31: FERREL displayed Google/CDCR process and warned that closer scrutiny would make things worse for CDCR. Jun. 6 and 8: he promoted paid access to Plaintiff's case photographs. | A-076; Exhibit C, C-08; dated Jun. 6 and 8 promotional posts. |
| Oct.–Dec. 2024 | Oct.: FERREL said his wife watched his channel. Nov.: he used separation language. Dec. 9: he posted family-unit imagery. | A-064; A-065; Dec. 9 YouTube, Instagram/Meta. |
| Apr. 18–25, 2025 · process | FERREL publicly addressed further investigative notices and warrants. | Apr. 18–25 Instagram; Exhibit B, B-06. |
| Jul. 14–Aug. 10 | A selected Jul. 14 father-and-child post did not depict Christina FERREL; an Aug. 10 birthday photograph depicted both parents with their child. | Jul. 14 and Aug. 10 Facebook, Instagram posts. |
| Jul. 28–Aug. 2025 · litigation | Plaintiff filed the Duran complaint Jul. 28; Patreon access was restricted or removed in the following period. | *Duran* docket; Instagram, YouTube posts. |
| Sep.–Oct. 2025 · Europe | FERREL's selected father-and-daughter travel posts did not depict or mention Christina FERREL. Her Oct. 14 Fall Break post showed her with their child at the same destinations and overlapping activities without presenting FERREL as a fellow traveler. | instagram.com/p/DPBn_OngPGh/; instagram.com/p/DPwnHUUEniy/; facebook.com/507840898/videos/1804762903468586/. |
| Oct. 9–11 · process | FERREL displayed warrant-related papers and a document labeled "Dissolution (Judgment) Packet" while using ex-wife language. | A-067; instagram.com/hector__bravo/p/DPrPadDkRZA/. |
| Oct.–Dec. 2025 | FERREL displayed cash and a Mercedes. December posts by the parents separately presented child and holiday activities, while family-home images showed shared couch and gift-opening scenes and stockings bearing household initials. | Oct. 17–Dec. 28 posts; instagram.com/p/DP6ojeAkYcK/; Hector Bravo Facebook post, Nov. 26 |
| Jan. 16–20, 2026 | Plaintiff filed the *Duran* first amended complaint Jan. 16. On Jan. 20, FERREL posted about his ex-wife, loss, and playing chess rather than checkers. | *Duran* No. 25CV017927; instagram.com/p/DTvbY0sj-iz/. |
| Feb. 14 | FERREL posted a softball image depicting Christina FERREL and their child with him. | instagram.com/p/DUv1slvjwFI |
| Feb. 18–23 · Plaintiff papers | FERREL said Christina FERREL brought him Plaintiff's lawsuit papers and said Plaintiff would get paid. Feb. 20, showing Plaintiff's lawsuit papers, he said he was preparing paperwork for his lawyer and was overwhelmed with paperwork and litigation. | A-024–A-028; Exhibit C. |
| Feb. 26–27 | Feb. 26: FERREL said he was still married and could not sell the house or draw retirement funds. Feb. 27: dissolution action filed. | A-068–A-069; San Diego No. 26FL002233S. |
| Mar. 7–Apr. 14 | Mar. 7: "SHE NOW OWNS A 1.2M DOLLAR HOME"; "I JUST LOST A HOME." Mar. 23: said divorce blocked asset access and must be finalized before he could "make my moves." Apr. 13: stadium/family; Apr. 14: *Duran* conference. | A-070; A-071; *Duran* docket; Instagram. |
| May 8–19 · service/travel | May 8: sheriff proof of service later filed. May 16: FERREL posted a Dubai road sign, mall, hotel footage and Jordan street views. In a May 19 post, he said he was out of the country. | *Duran* proof filed Jun. 15; A-072; Instagram. |
| May 28–Jun. 27 | May 28: bill collectors could be paid after divorce; he was "rich on fucking paper." Jun. 25: "You ain't getting shit." Separately, he said proceeds belonged to his daughter and discussed her future "wiggle room." | A-066; A-073–A-074. |
| Jul.–Aug. 2026 | Jul. 12: demanded sale and his share; in an Aug. 19 recording, he called earlier divorce statements a strategy to accelerate finalization. | A-075; Jul. 12 and Aug. 15 YouTube/Instagram materials. |

# EXHIBIT I

## I-01a Ferguson identification and book-to-doorstep caption






## I-01b Same post, Amazon order and delivery map




## I-02 Story overview and redacted record-card fields







I-01a–b: https://www.instagram.com/p/DNpM4IIuwd6/ ; I-02: https://www.instagram.com/stories/hector__bravo/3682472383935234806/ . Personal identifiers are masked in the filed panels.